United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Kumaran et al vs. National Futures Association et al  1:20-Cv-03668*

## NOTICE OF PAYMENT 1:20:CV:03668

COURT RECEIVED PAYMENT MAY 18, 2020

Dear Honorable Court,

Please find attached notice of payment in accordance with April 1 ECF Addendum for Covid19rules. Receipts and proof of delivery are attached.

Respectfully submitted,

//SSK//

Samantha S. Kumaran