## USPS Tracking®

FAQs >

**Track Another Package** +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70191640000121219653

Your item was delivered to the front desk, reception area, or mail room at 1:56 pm on May 18, 2020 in NEW YORK, NY 10007.

Feedback



**Delivered**

May 18, 2020 at 1:56 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

**Get Updates** ∨

---

Text & Email Updates ∨

---

Tracking History ∧

Case 1:20-cv-03668-GHW   Document 4-2   Filed 05/20/20   Page 2 of 2

**May 18, 2020, 1:56 pm**
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007
Your item was delivered to the front desk, reception area, or mail room at 1:56 pm on May 18, 2020 in NEW YORK, NY 10007.

**May 18, 2020**
In Transit to Next Facility

**May 16, 2020, 6:22 pm**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**May 15, 2020, 9:27 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**May 15, 2020, 11:27 am**
USPS in possession of item
NEW YORK, NY 10027

Feedback

**Product Information** 

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**