USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN, Other similarly situated Customers 1-100, Other similarly situated CTA's 1-100, NEFERTITI RISK CAPITAL MANAGEMENT, LLC,

                           Plaintiffs,

-against-

NATIONAL FUTURES ASSOCIATION; JANE DOE 1, Compliance Officer NFA; JANE DOE 2, Compliance Officer NFA; TOM KADLEC, Board Member NFA,

                           Defendants.

1:20-CV-3668 (GHW)

CIVIL JUDGMENT

      Pursuant to the order issued July 2, 2020, dismissing this action,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court denies Kumaran's request for this action to proceed as class action. The Court dismisses Kumaran's claims that she asserts on behalf of the other plaintiffs, as well as any Nefertiti Risk Capital Management, LLC, has assigned to her, without prejudice. The Court dismisses Kumaran's own claims under federal law for damages as frivolous under doctrines of absolute immunity. The Court alternatively dismisses her remaining claims under federal law for injunctive relief without prejudice and for failure to state a claim on which relief may be granted. The Court declines to consider Kumaran's claims under state law under the Court's supplemental jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 2, 2020

_____
GREGORY H. WOODS
United States District Judge