# RE: lawsuits filed in Southern District of New York

Received: ↩↪ **Tuesday, June 30, 2020 2:46 PM**

From: **Martin Doyle mdoyle@ksrlaw.com**

To: **Samantha Kumaran samantha.kumaran@nefertitifunds.com**

Our firm represents Tom Kadlec and ADM Investor Services, Inc.

We do not represent NFA.

Nor do we represent any parties in the other case you filed against Vision Financial Markets and its related companies, and Lazarra, etc.

# lawsuits filed in Southern District of New York

Received: ↩↪ **Tuesday, June 30, 2020 2:12 PM**

From: **Martin Doyle mdoyle@ksrlaw.com**

To: **Samantha Kumaran samantha.kumaran@nefertitifunds.com**

Ms. Kumaran:

Our firm represents Tom Kadlec and ADM Investor Services, Inc., with regard to the two law suits you have filed against them in New York.

We understand that NFA, through its attorneys, has offered to sign a waiver of service as regards the service requirements under the federal rules of civil procedure. If you are amendable to that approach, we would likewise be willing to waive service requirements on behalf of Mr. Kadlec and ADMIS.

Please let me know if you are in agreement and we will send you the executed forms.

Regards,

Marty



MARTIN DOYLE
KOPECKY SCHUMACHER ROSENBURG LLC
120 N. LaSalle St. ● Suite 2000 ● Chicago ● Illinois ● 60602
Direct 312-380-6633
mdoyle@ksrlaw.com
www.ksrlaw.com

image001.gif
10.90 KB