UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN, et al.,

                Plaintiff,

-against-                        20 Civ. 3668 (GHW)

NATIONAL FUTURES ASSOCIATION, et al.,    MOTION FOR ADMISSION

                Defendant.                      PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Gregory M. Boyle hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for National Futures Association in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 07/22/20

Respectfully Submitted,

Gregory M. Boyle

Applicant Signature: /s/ Gregory M. Boyle

Applicant's Name: Gregory M. Boyle

Firm Name: Jenner & Block LLP

Address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Telephone/Fax: Tel: (312) 923-2651 / Fax: (312) 527-0484

Email: gboyle@jenner.com