**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAMANTHA SILVA KUMARAN, *et al.*,      )<br>            Plaintiffs/Petitioners,      )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>NATIONAL FUTURES ASSOCIATION, *et al.*, )<br>            Defendants.                         ) | Case No. 1:20-cv-03668-GHW |

**<u>AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE</u>**

**GREGORY M. BOYLE**, being duly sworn deposes and states as follows:

1. The undersigned is a partner at the law firm of Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654.

2. The undersigned submits this affidavit in support of his motion for admission to appear as counsel *pro hac vice* for National Futures Association, in the above-captioned matter.

3. As shown in the attached certificate of good standing, the undersigned is a member in good standing of the Bar of the State of Illinois.

4. The undersigned has never been convicted of a felony.

5. The undersigned has never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against the undersigned in any State or Federal Court.

7. The undersigned respectfully requests that he be admitted to practice before this Court in the above-captioned matter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2020

Respectfully submitted,

Gregory M. Boyle

Sworn to before me this

22nd day of July, 2020

NAEEM A. CONW[...]
Notary Public, State of New York
No. 01CO6110667
Qualified in New York County
Commission Expires June 01, 2020
Extended by New York State until August 6, 2020

2