UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA SIVA KUMARAN, et al.,

                    Plaintiff,

-against-

NATIONAL FUTURES ASSOCIATION, et al.,

                    Defendant.

20 cv 3668 (GHW)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Gregory M. Boyle, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Illinois; and that his/her contact information is as follows (please print):

Applicant's Name: Gregory M. Boyle

Firm Name: Jenner & Block LLP

Address: 353 N. Clark St.

City / State / Zip: Chicago, IL 60654

Telephone / Fax: Tel: (312) 923-2651 / Fax: (312) 527-0484

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for National Futures Association in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge