

NFA ID: 0208888

# VISION FINANCIAL MARKETS LLC

**Not an NFA Member**

**Business Address**
4 High Ridge Park
Suite 100
Stamford, CT 06905
United States

**Phone Number**
203-388-2700

**Doing Business As**
GKWM
GOLD KEY WEALTH MANAGEMENT
VFM
VFMLLC
VISION
VISION FINANCIAL MARKETS
VISION LP

**Formerly Known As**
VISION LIMITED PARTNERSHIP

**Related NFA IDs**
0479985

**Not an NFA Member**

Non-Member not subject to NFA oversight.



## Regulatory Actions ?

| 5 | 3 | 23 |
|---|---|---|
| NFA Actions | CFTC Actions | Exchange Actions |

VIEW ALL ACTIONS

**11** NFA Arbitration Decisions ?
View Details

**172** CFTC Reparations Cases ?
View Details

## History Details

Expand for history details.

| Date | Description |
|---|---|
| 04/02/2015 | NFA MEMBER WITHDRAWN |
| 04/02/2015 | COMMODITY POOL OPERATOR WITHDRAWN |
| 04/02/2015 | FUTURES COMMISSION MERCHANT WITHDRAWN |
| 08/13/2008 | NOTICE BROKER DEALER WITHDRAWN |
| 09/30/2002 | NOTICE BROKER DEALER REGISTERED |
| 05/16/1990 | FUTURES COMMISSION MERCHANT REGISTERED |
| 05/02/1990 | FUTURES COMMISSION MERCHANT PENDING |
| 02/01/1988 | COMMODITY POOL OPERATOR REGISTERED |
| 02/01/1988 | NFA MEMBER APPROVED |
| 01/27/1988 | COMMODITY POOL OPERATOR PENDING |

Case 1:20-cv-03668-GHW   Document 24-4   Filed 07/28/20   Page 3 of 3

| Date | Description |
|---|---|
| 01/27/1988 | NFA MEMBER PENDING |
| N/A | ALSO SEE NFA ID 0479985 |

## Pools & Pool Exemptions ?

View All

©2020 National Futures Association. All Rights Reserved. NFA and NATIONAL FUTURES ASSOCIATION are registered trademarks of National Futures Association.