Case 1:20-cv-03668-GHW    Document 24-5    Filed 07/28/20    Page 1 of 2



# News Releases

2020 | 2019 | 2018 | 2017 | 2016 | Show more years

**For Immediate Release**
**June 20, 2014**

For more information contact:
Karen Wuertz (312) 781-1335, kwuertz@nfa.futures.org
Alex Vorro (312) 781-1454, avorro@nfa.futures.org

**NFA bars Connecticut futures commission merchant Vision Financial Markets LLC, Virginia commodity trading advisor Ace Investment Strategists LLC and its principal, Yu-Dee Chang from membership**

June 20, Chicago — National Futures Association (NFA) has effectively barred Vision Financial Markets LLC (Vision), a futures commission merchant Member of NFA, and Ace Investment Strategists LLC, a commodity trading advisor Member of NFA from membership. NFA also has barred Ace's principal, Yu-Dee Chang (Chang), and Chesapeake Investment Services, Inc., an introducing broker of which he is a principal, from membership. In addition, Vision has paid approximately $2 million in customer restitution and will pay a $1.5 million fine to NFA.

In September 2013, NFA's Business Conduct Committee filed Complaints against Vision, Ace and Chang. The Complaints charged Ace with misappropriation of customer funds related to trade allocations. The Complaints also charged Vision with facilitating Ace's actions. The Complaint states that this activity took place over a three-year period, and that Vision was in a position to detect and stop the abuses.

As stated in NFA's Complaint, Vision has had a long history of supervisory issues during its tenure as an NFA Member. It has been the subject of four prior NFA Complaints — three of which charged the firm with failing to diligently supervise various aspects of the firm's operations.

Vision's owners, Robert Boshnack and Howard Rothman, were not named in the September 2013 Complaint and have announced their intentions to form a new FCM called High Ridge Futures LLC (High Ridge). If High Ridge applies for membership, NFA will conduct a thorough fitness examination. If the firm becomes registered, NFA will ensure that any customer who inquires about High Ridge through NFA's BASIC system will be provided with information about all of Vision's disciplinary actions.

Click the corresponding link for the complete text of the Complaint and Decision against Vision.

Click the corresponding link for the complete text of the Complaint and Decision against Ace and Chang.

© 2020 National Futures Association. All Rights Reserved.