```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, OTHERS  :
SIMILARLY SITUATED CUSTOMERS 1-100,  :
OTHERS SIMILARLY SITUATED CTA 1-100,  :
and NEFERTTI RISK CAPITAL  :
MANAGEMENT, LLC  :
                                              :           1:20-cv-03668-GHW
                                              :
                           Plaintiffs,  :      ORDER REFERRING CASE TO
                                              :        MAGISTRATE JUDGE
           -against-                  :
                                              :
NATIONAL FUTURES ASSOCIATION, JANE  :
DOE 1, COMPLIANCE OFFICER NFA, and  :
JANE DOE 2, COMPLIANCE OFFICER NFA  :
                                              :
                           Defendants.  :
-------------------------------------------------------------------X

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion:
_____
_____

All such motions: _____

SO ORDERED.

Date: August 10, 2020

_____
GREGORY H. WOODS
United States District Judge