UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Samantha Siva Kumaran, et al.,

                              Plaintiffs,

       -against-

National Futures Association, et al.

                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020

1:20-cv-03668 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

It is hereby Ordered that Plaintiff shall file her amended pleading no later than Monday, November 9, 2020.

DATED:   New York, New York
         October 26, 2020

_____
STEWART D. AARON
United States Magistrate Judge