UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SAMANTHA SIVA KUMARAN, NEFERTITI
RISK CAPTIAL MANAGEMENT, LLC *et al*

                            Plaintiffs,        Case No.: 1:20-cv-03668-GHW-SDA

       -against-             **NOTICE OF APPEARANCE**

NATIONAL FUTURES ASSOCIATION *et al*

                            Defendants.
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that Brian August Esq. having offices at 100 Willoughby Street, 9E, Brooklyn New York hereby appears in the above-captioned action as counsel for Plaintiff Nefertiti Risk Capital Management, LLC ("NRCM") and requests that copies of all papers be served upon the undersigned at the address below.

Dated: Brooklyn, New York, December 21, 2020

Brian August, Esq.

By:

S/ *Brian August, Esq.*

Brian August, Esq.

August Law, NYC
100 Willoughby Street, 9E
New York 11201
(917) 664-4465
bmaugust61@gmail.com
www.augustlawnyc.com
*Attorney for Plaintiff*