Brian August, Esq.
100 Willoughby Street, 9E
Brooklyn, NY 11201

**VIA ECF/EMAIL**

Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

December 21, 2020

Re: *Kumaran et al vs. National Futures Association et al 1:20-Cv-03668-GHW-SDA*

Dear Hon. Magistrate Judge Stewart Aaron;

    Please be advised that earlier today, I filed a Notice of Appearance as counsel for Nefertiti Risk Capital Management LLC in the above referenced matter.

    Pursuant to Local Rule 1.3 and Your Honor's Individual Rules 1.D, I am respectfully requesting a short extension of fourteen (14) days until at least January 7, 2021 to become familiarized with the background and prior pleadings in this case and to address any pending filings.

    I am also aware that Ms. Kumaran. Plaintiff *pro se,* has written to NFA's counsel earlier today and asked for a similar extension due to some serious problems with her elderly parents back in the UK connected to the recently discovered new strain of COVID -19. I fully support Ms. Kumaran's request, and it is my understanding that NFA's counsel has also given his consent until January 7, 2021.

    Since Ms. Kumaran may be away over the Holiday season, I likewise request this brief adjournment of at least fourteen (14) days for me to get up to speed with the case.

    As such, I am also respectfully requesting a reasonable period of time, for a filing date of January 7, 2021 or later January 28, 2021 as the Court permits, so as to preserve my clients' rights.

    I appreciate your consideration of this matter.

Brian August, Esq.
100 Willoughby Street, 9E
Brooklyn, NY 11201

Respectfully submitted,

//BA//

Brian August, Esq.

August Law, NYC

100 Willoughby Street, Suite 9E

Brooklyn, NY 11201

917-664-4465

bmaugust61@gmail.com

Cc: Samantha S. Kumaran