# RICO PLEADING - EXHIBIT 6

# ADMIS

# DETAILED TRANSACTIONS AND WITHDRAWALS AND INTERSTATE DISSEMINATION OF TRADE SECRETS

1. On January 31,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$3.90** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

2. When Kumaran questioned the charge, Lazzara using interstate wires and telecommunications, (with the knowledge and participation of ADMIS) made fraudulent representations that it was "clearing cost", misrepresenting the fees were an exchange cost, but with scienter and intent, fraudulently concealed the recipient and beneficiary of those fees was HRF, and there was no such "clearing cost" from the exchange.

3. On January 31,2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

4. On February 1,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$0.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

5. On February 1,2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

6. On February 17,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$13.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

7. On February 17,2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and

Exhibit 6 – RICO Detailed Withdrawal and Interstate Transmission -Page 2

transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

8. On March 2,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$1.20** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

9. On March 2, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

10. On March 3,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount $0.90 as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

11. On March 3, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

12. On March 6,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$2.10** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

13. On March 6, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

14. On March 8,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$0.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

15. On March 8, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

16. On March 9,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$20.70** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

17. On March 9, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

18. On March 10,2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$3.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

19. On March 10, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

20. On March 13, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$0.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

21. On March 13, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

22. On March 14, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$4.20** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on

online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

23. On March 14, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

24. On March 15, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$5.10** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

25. On March 15, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

26. On March 16, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$2.70** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

27. On March 16, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

28. On March 17, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$14.40** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

29. On March 17, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

30. On March 20, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$5.70** as undisclosed "transaction fees" to reduce

Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

31. On March 20, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

32. On March 21, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$6.00** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

33. On March 21, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

34. On March 22, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$4.20** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

35. On March 22, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

36. On March 23, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$9.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

37. On March 23, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

Exhibit 6 – RICO Detailed Withdrawal and Interstate Transmission -Page 6

38. On March 24, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$0.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

39. On March 24, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

40. On March 27, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$7.80** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

41. On March 27, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

42. On March 28, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$14.70** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

43. On March 28, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

44. On March 29, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$2.70** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

45. On March 29, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and

transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

46. On March 30, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$6.30** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

47. On March 30, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

48. On March 31, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$3.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

49. On March 31, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

50. On April 3, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$6.00** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

51. On April 3, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

52. On April 4, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$0.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

53. On April 4, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

54. On April 5, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$1.20** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

55. On April 5, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

56. On April 6, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$1.80** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

57. On April 6, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

58. On April 7, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$13.50** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

59. On April 7, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

60. On April 10, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$6.60** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on

online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

61. On April 10, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

62. On April 11, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$14.10** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

63. On April 11, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

64. On April 12, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$4.50** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

65. On April 12, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

66. On April 13, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$17.40** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

67. On April 13, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

68. On April 17, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$47.70** as undisclosed "transaction fees" to

reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

69. On April 17, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

70. On April 19, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$1.20** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

71. On April 19, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

72. On April 20, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$0.30** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

73. On April 20, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

74. On April 24, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$18.00** as undisclosed "transaction fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

75. On April 25, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

76. On May 2, 2017 transaction fees, which were mispresented as fees that were for clearing fees from the exchange, were removed demonstrating they were not necessary and not clearing fees fo for the exchange.

77. On May 2, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$15.90** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

78. On May 2, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

79. On May 3, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$8.40** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

80. On May 3, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

81. On May 4, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$23.10** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

82. On May 4, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

83. On May 5, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$45.90** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

84. On May 5, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

85. On May 8, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$48.30** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

86. On May 8, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

87. On May 9, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$32.80** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

88. On May 9, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

89. On May 10, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$81.77** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

90. On May 10, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

91. On May 11, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$71.10** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction

on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

92. On May 11, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

93. On May 12, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$101.10** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

94. On May 12, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

95. On May 15, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$161.10** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

96. On May 15, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

97. On May 16, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$247.50** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

98. On May 16, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

99. On May 17, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$109.80** as undisclosed "trade processing fees"

to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

100. On May 17, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

101. On May 18, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$6.00** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

102. On May 18, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

103. On May 23, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$2.10** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

104. On May 23, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

105. On May 25, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$3.00** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

106. On May 25, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

107. On May 26, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$0.60** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

108. On May 26, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

109. On May 30, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$5.10** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

110. On May 30, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

111. On May 31, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$9.30** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

112. On May 31, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

113. On June 1, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$15.00** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

114. On June 1, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its

competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

115. On June 2, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$17.40** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

116. On June 2, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

117. On June 5, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$1.50** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

118. On June 5, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

119. On June 6, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$8.40** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

120. On June 6, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.\

121. On June 7, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$32.40** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

122. On June 7, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

123. On June 8, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$0.60** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

124. On June 8, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

125. On June 9, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$4.20** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

126. On June 9, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

127. On June 12, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$17.70** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

128. On June 12, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

129. On June 13, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$19.20** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction

on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

130. On June 13, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

131. On June 14, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$45.00** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

132. On June 14, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

133. On June 15, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$159.00** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

134. On June 15, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.

135. On June 16, 2017 using interstate wires and electronic communication, ADMIS entered into a financial transaction and issued electronic statements across internet communications and electronic transmission, withdrawing the amount **$3.00** as undisclosed "trade processing fees" to reduce Kumaran's CTA performance for the benefit and unlawful profit of its competitors HRF, for use in interstate commerce. On the same date, ADMIS fraudulently concealed such transaction on online internet platforms and screens, Members 1 and Apex, fraudulently concealed the recipient and beneficiary of those fees was HRF.

136. On June 16, 2017 using interstate wires and electronic communication, ADMIS, across internet communications and electronic transmission, and using interstate wires and communications uploaded, downloaded, transferred, disseminated, copied, converted, and transmitted to its competitors HRF, in Stamford, CT transaction records, and trade secrets of Kumaran in New York, NY.