Menu

Open Account (http://optimusfutures.com/Futures-Commodities-Trading-Account.php)

Posts Tagged Under: www.admis.com

# Announcements for Optimus customers regarding ADM Investor Services (https://optimusfutures.com/tradeblog/archives/announcements-for-optimus-customers-regarding-adm-investor-services/%20)

Optimus Futures (Https://optimusfutures.com/tradeblog/admin)  |
30th Sep 2014  |
Trading Tips And Strategies (Https://optimusfutures.com/tradeblog/archives/category/trading-tips-and-strategies)  |

0 Comments (Https://optimusfutures.com/tradeblog/archives/announcements-for-optimus-customers-regarding-adm-investor-services/%20#respond)

(https://optimusfutures.com/tradeblog/archives/announcements-for-optimus-customers-regarding-adm-investor-services/%20)

- 
- 
- 
- 
- 

We are pleased to announce that the owners of Vision Financial Markets, LLC ("Vision") and ADM Investor Services, Inc. ("ADMIS") recently executed a long term agreement to form a business alliance wherein Vision will transfer its network of customers to ADMIS on either October 31, 2014 or November 28, 2014, pending regulatory approval. Once this transfer has occurred, ADMIS will provide all FCM trade execution, clearing, custody, treasury, market information and research services to these transferred customers and Vision will exit the futures clearing arena.

We look forward with great enthusiasm to a new chapter that provides customers with ADMIS's financial strength and our mutual commitment to exceptional customer service. ADMIS has been a leader in the futures brokerage industry for over 45 years and is known for its financial strength and responsible business practices. ADMIS currently has $304 million in equity capital (August, 2014) of which $128 million is excess

Read More (https://optimusfutures.com/tradeblog/archives/announce

## Sign Up For Our Futures Newsletter

- Trading Tips and Strategies
- Weekly Market Updates
- Platform Tutorials
- Free Trade Setups

Email*

protected by **reCAPTCHA**
Privacy - Terms

SUBSCRIBE

This matter should be viewed as a solicitation to trade. Trading futures and options involves substantial risk of loss and is not suitable for all investors. Past performance is not necessarily indicative of future results. The risk of loss in trading commodity interests can be substantial. You should therefore carefully consider whether such trading is suitable for you in light of your financial condition. The placement of contingent orders by you or broker, or trading advisor, such as a "stop-loss" or "stop-limit" order, will not necessarily limit your losses to the intended amounts, since market conditions may make it impossible to execute such orders. The high degree of leverage that is often obtainable in commodity interest trading can work against you as well as for you. The use of leverage can lead to large losses as well as gains. Optimus Futures, LLC is not affiliated with nor does it endorse any trading system, methodologies, newsletter or other similar service. The use of descriptions such as "best" are only for search purposes. Optimus Futures, LLC does not imply that you cannot find better tools or opposing valid views to our opinion. We do our best to share things based on our experience and scope of expertise. We urge you to conduct your own due diligence.