

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
*www.cftc.gov*

Office of Proceedings

## <u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP</u>
(170 Reparations Cases)
(These are 134 of the most recent cases)

1.   94-R020
     Janet Bramble v. Commonwealth Financial Group, Inc., Russell Harold Hertzler, Charles Paul Hoffecker, Joseph Loish, Jr., and Vision Limited Partnership
     Date filed:  11/8/93
     Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Unauthorized Trading, Churning, Failure to Supervise and Non-disclosure
     Amount Claimed: $60,000.00
     Status:  Order of Dismissal/Settled (as to Vision Limited Partnership only) 4/25/94

2.   94-R021
     James Hogseth v. Ira Albert Boshnack, Robert Boshnack, John Gardner Burgess, Commonwealth Financial Group, Inc., Charles Paul Hoffecker, Howard Martin Rothman, Steven David Schwartz and Vision Limited Partnership
     Date filed:  11/8/93
     Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning and Failure to Supervise
     Amount Claimed:  $134,500.00
     Status:  Case Terminated as to Vision/Settled 1/25/94

3.   94-R022
     Vincent P. Zizzo v. Randy Jay Burstein, Carrington Financial  Group, Inc., Vision Limited Partnership and Marc Stephen Wuensch
     Date filed:  11/9/93
     Allegation(s):  Misrepresentation, Misappropriation of Funds, Unauthorized Trading, Failure to Supervise, Breach of Fiduciary Duty and Non-disclosure
     Amount Claimed:  $29,000.00
     Status:  Initial Decision/Dismissed (as to Vision Limited Partnership only) 5/23/94

4.   94-R026
     Cathy J. Bendix Davis v. Commonwealth Financial Group, Inc., Max Goldstein and Vision Limited Partnership
     Date filed:  11/18/93
     Allegation(s):  Misrepresentation and Non-disclosure
     Amount Claimed:  $4,122.00
     Status:  Case Terminated as to Vision/Settled 12/17/93

**<u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION
LIMITED PARTNERSHIP</u>**
(170 Reparations Cases)
(These are 134 of the most recent cases)

5.    94-R040
      Selim Khatibi v. Commonwealth Financial Group, Inc., Vision Limited Partnership,
      Robert E.. Kane and Charles P. Hoffecker
      Date filed:  12/20/93
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning,
      Failure to Supervise and Unauthorized Trading
      Amount Claimed:  $21,884.64
      Status:  Order of Dismissal/Settled (as to Vision Limited Partnership only) 12/17/93

6.    94-R042
      George Connors v. Commonwealth Financial Group, Inc., Vision Limited
      Partnership, Linda Ann Watson and Charles Paul Hoffecker
      Date filed:  12/20/93
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning,
      Failure to Supervise and Unauthorized Trading
      Amount Claimed:  $17,500.00
      Status:  Case Terminated as to Vision/Settled 1/25/94

7.    94-R050
      Anthony D. Perez v. Commonwealth Financial Group, Inc., Charles Paul
      Hoffecker (Chip), Arthur Robert Rosansky and Vision Limited Partnership
      Date filed:  1/18/94
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Failure to
      Supervise and Unauthorized Trading
      Amount Claimed: $8,430.00
      Status: Case Terminated as to Vision/Settled 3/11/94

8.    94-R077
      Mancel A. May v. Gloria Anne Albino, Commonwealth Financial Group, Inc., and
      Vision Limited Partnership
      Date filed:  3/1/94
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty and Failure to Supervise
      Amount Claimed:  $8,465.00
      Status:  Case Terminated as to Vision/Settled 4/26/94

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION
LIMITED PARTNERSHIP**
(174 Reparations Cases)
(These are 134 of the most recent cases)

9.     94-R087
       Meir Duke v. Marc Barry Singer, Super Fund Financial Group, Inc., and Vision Limited
       Partnership
       Date filed:  3/25/94
       Allegations:  Misrepresentation, Breach of Fiduciary Duty, Failure to Supervise and
       Churning
       Amount Claimed:  $173,353.00
       Status:  Initial Decision 8/4/95 (Respondents ordered to pay $173,353.00); Appealed
       8/22/95; Order Pursuant to Delegated Authority/Settled 10/31/95

10.    94-R115
       Larry E. and Doris M. Neville v. First Investors Group of Palm  Beaches, Inc., Bryan
       Oldford Tierney and Vision Limited Partnership
       Date filed:  5/2/94
       Allegations:  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning
       and Failure to Supervise
       Amount Claimed:  $88,175.00
       Status:  Order of Dismissal/Settled (as to Vision Limited Partnership only) 1/17/95

11.    94-R125
       Jean Jacques v. Commonwealth Financial Group, Inc., Charles P. ("Chip") Hoffecker,
       Philip Mark Tuccelli, Allan Ader, Robert Boshnack and Vision Limited
       Partnership
       Date filed:  5/23/94
       Allegation(s):  Misrepresentation, Failure to Supervise and Churning
       Amount Claimed:  $211,035.63
       Status:  Order of Dismissal/Settled 12/30/94

12.    94-R131
       Haiyan Peng v. Vision Limited Partnership
       Date filed:  6/7/94
       Allegation(s):  Misrepresentation, Failure to Supervise and Churning
       Amount Claimed:  $6,250.00
       Status:  Initial Decision/Dismissed 11/29/94; Appealed 12/19/94; Order of Summary
       Affirmance 6/27/95

## <u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP</u>

(170 Reparations Cases)
(These are 134 of the most recent cases)

13.  94-R132
     Brian C. Wicketts v. Commonwealth Financial Group, Inc., Vision Limited Partnership and Michael Frederick Staryk
     Date filed:  6/14/94
     Allegation(s):  Misrepresentation and Churning
     Amount Claimed:  $5,919.91
     Status:  Case Terminated/Settled (as to Vision Limited Partnership only) 8/4/94

14.  94-R141
     Cash Until Payday, Inc. and Henry Holden v. James A. Bradford, The Hampton Group, Inc., Richard J. Roberts and Vision Limited Partnership
     Date filed:  6/27/94
     Allegation(s):  Misrepresentation and Unauthorized Trading
     Amount Claimed:  $735.58
     Status:  Case Terminated/Settled 8/29/94

15.  94-R144
     Anthony J. & Nellie Maselli v. Commonwealth Financial Group, Inc., Cromwell Financial Services, Inc., Jayson Scott Kline, Michael Kochlany and Vision Limited Partnership
     Date filed:  7/7/94
     Allegation(s):  Misrepresentation, Breach of Fiduciary Duty and Non-disclosure
     Amount Claimed:  $41,870.50
     Status:  Order of Dismissal/Settled 12/27/94

16.  94-R160
     James V. Scarsellato v. Commonwealth Financial Group,Inc., Vision Limited Partnership, Jayson Scott Kline, and Mark Stephen Hutcherson
     Date filed:  8/8/94
     Allegation(s):  Misrepresentation, Non-disclosure, Mishandling Orders, Churning and Unauthorized Trading
     Amount Claimed:  $10,991.45
     Status:  Order of Dismissal/Settled 12/28/94

## VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP

(170 Reparations Cases)
(These are 134 of the most recent cases)

17.     94-R164
        Alec Wardyga v. First Investors Group of Palm Beaches Inc., Robert Eugene Vetere and
        Vision Limited Partnership
        Date filed:  8/15/94
        Allegation(s):  Misrepresentation, Misappropriation of Funds, Breach of Fiduciary Duty,
        Unauthorized Trading and Non-disclosure
        Amount Claimed:  $46,403.40
        Status:  Order of Dismissal of Respondent Vision Limited Partnership 12/28/94

18.     94-R174
        Andrew and Gloria Gavron v. Commonwealth Financial Group, Inc., William Alan Gale
        And Vision Limited Partnership
        Date filed:  9/2/94
        Allegation(s):  Misrepresentation, Breach of Fiduciary Duty and Failure to Supervise
        Amount Claimed:  $8,512.00
        Status:  Order of Dismissal/Settled 1/4/95

19.     94-R180
        John J. Disciullo, Jr. v. Commonwealth Financial Group, Inc., Charles Paul Hoffecker
        a/k/a Chip Hoffecker, Michael Frederick Staryk & Vision Limited Partnership
        Date filed:  9/12/94
        Allegation(s):  Misrepresentation, Breach of Fiduciary Duty and Failure to Supervise
        Amount Claimed:  $5,343.00
        Status:  Order of Dismissal Pursuant to Settlement 4/6/95

20.     94-R185
        Andrew G. Cochran v. Pattison Commodities d/b/a S. Bruce Pattison, S. Bruce Pattison
        and Vision Limited Partnership
        Date filed:  9/20/94
        Allegation(s):  Misrepresentation, Mis-Management, Breach of Fiduciary Duty,
        Failure to Supervise, Non-disclosure and Churning,
        Amount Claimed:  $12,000.00
        Status:  Order of Dismissal/Settled 2/3/95

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP**
(170 Reparations Cases)
(These are 134 of the most recent cases)

21.     95-R028
         William J. and Dorothy A. Tirocchi v. Allan Steven Ader, American Futures Group, Inc.,
         Commonwealth Financial Group, Inc., Max Goldstein, Charles Paul Hoffecker
         and Vision Limited Partnership
         Date filed:  12/12/94
         Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure and Failure
         to Supervise
         Amount Claimed:  $11,477.48
         Status:  Order of Dismissal on Settlement (Partial) and Notice Concerning Settlement
         with CFG Respondents/Settled as to Vision Limited Partnership 6/26/95

22.     95-R031
         Calvin C. Willis v. Paulino Rene Dias, Jr., Andrew Cherng Hwang, Statewide Trading
         Corporation and Vision Limited Partnership
         Date filed:  12/19/94
         Allegation(s):  Misrepresentation and Non-disclosure
         Amount Claimed:  $5,000.00
         Status:  Case Terminated/Dismissed 2/10/95

23.     95-R041
         Julio De Jesus v. Concorde Trading Group, Inc., Richard Michael Rosengarten and
         Vision Limited Partnership
         Date filed:  1/23/95
         Allegation(s):  Misrepresentation
         Amount Claimed:  $1,300.00
         Status:  Case Terminated/Settled 3/31/95

24.     95-R048
         Jack Keefe v. Commonwealth Financial Group, Inc., Russell Harold Hetzler and Vision
         Limited Partnership
         Date filed:  2/2/95
         Allegation(s):  Misrepresentation, Non-disclosure, Unauthorized Trading and Churning
         Amount Claimed:  $105,956.44
         Status:  Dismissal on Settlement 1/19/96

## VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP
(170 Reparations Cases)
(These are 134 of the most recent cases)

25.   95-R049
Peter R. Richard v. FSG International, Inc., Andrew Cunningham J. Pepper and Vision Limited Partnership
Date filed:  2/6/95
Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Mishandling Orders, Failure to Supervise and Churning
Amount Claimed:  $6,000.00
Status:  Order of Dismissal of Respondent Vision/Settled 4/20/95

26.   95-R056
Leo Kellenberger v. Edward Thomas Trading Co., Edward Thomas Gomes and Vision Limited Partnership
Date filed:  2/21/95
Allegation(s):  Misrepresentation, Unauthorized Trading and Churning
Amount Claimed:  $3,923.82
Status:  Initial Decision/Dismissed 8/17/95

27.   95-R061
Lawrence P. Hale v. Concorde Trading Group, Inc., Kathleen Elaine King and Vision Limited Partnership
Date filed:  3/13/95
Allegation(s):  Misrepresentation, Failure to Supervise and Non-disclosure
Amount Claimed:  $5,000.00
Status:  Order of Dismissal on Settlement 7/21/95

28.   95-R079
Dewitt Boice v. Colin Hayes Sullivan, Colin Hayes Sullivan d/b/a Global Futures and Vision Limited Partnership
Date filed:  4/17/95
Allegation(s):  Unauthorized Trading
Amount Claimed:  $1,271.66
Status:  Order of Dismissal/Settled 5/16/96

29.   95-R092
Anthony G. & Jolanta E. Davenport v. Concorde Trading Group, Inc., Craig Goldberg, Lawrence Richard Plastino, Arthur John Schlecht and Vision Limited Partnership
Date filed:  5/4/95
Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Unauthorized Trading, Churning and Non-disclosure
Amount Claimed:  $17,256.59
Status:  Order of Dismissal with Prejudice/Settled 4/26/96

<u>**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP**</u>
(170 Reparations Cases)
(These are 134 of the most recent cases)

30.   95-R096
      Henry F. Straub v. Colin Hayes Sullivan, Colin Hayes Sullivan d/b/a Global Futures and
      Vision Limited Partnership
      Date filed:  5/19/95
      Allegation(s):  Unauthorized Trading
      Amount Claimed:  $2,500.00
      Status:  Order of Dismissal/Settled 12/4/95

31.   95-R098
      Michael N. & Mary Stroganoff v. John Randall Gladden, Heritage West Financial, Inc.,
      and Vision Limited Partnership
      Date filed:  5/23/95
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning
      and Unauthorized Trading, Churning and Non-disclosure
      Amount Claimed:  $5,000.00
      Status:  Order of Dismissal on Settlement (as to Heritage West Financial, Inc., and
      Vision Limited Partnership) 9/7/95

32.   95-R103
      Roger Levinsohn v. Robert Boshnack, Commonwealth Financial Group, Inc., Gary Allen
      Fader, Jack Hipolito Fernandez, Anthony Lee Rick, Charles Paul Hoffecker,
      Philip Carl Mullan and Vision Limited Partnership
      Date filed:  6/2/95
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning
      and Failure to Supervise
      Amount Claimed:  $35,367.00
      Status:  Case Terminated/Settled (as to Respondents Robert Boshnack and Vision
      Limited Partnership only) 8/17/95

33.   95-R109
      Lucia Young v. Concorde Trading Group, Inc., Craig Goldberg, Lawrence Richard
      Plastino, Arthur John Schlecht and Vision Limited Partnership
      Date filed:  6/15/95
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure and Failure
      to Supervise
      Amount Claimed:  $24,415.27
      Status:  Order of Dismissal 6/10/96

## <u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP</u>

(170 Reparations Cases)
(These are 134 of the most recent cases)

34.   95-R133
      The Violette Group, Inc. v. John Fredrick Ackermann, Patrick Carl Claflin, Dennis Lee
      Simpson, Sterling Investments of America, Sterling Investments of America Inc.,
      Sterling Investments of America Inc., and Vision Limited Partnership
      Date filed:  8/7/95
      Allegation(s):  Mishandling Orders and Unauthorized Trading
      Amount Claimed:  $2,524.04
      Status:  Case Terminated/Settled (as to Vision Limited Partnership only) 11/8/95

35.   96-R001
      Scott A. Young v. Robert Alan Simmons, Robert Alan Simmons *d/b/a* KC Futures &
      Options and Vision Limited Partnership
      Date filed:  10/4/95
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty and Unauthorized Trading
      Amount Claimed:  $4,878.69
      Status:  Case Terminated/Settled 12/5/95

36.   96-R003
      Marilyn M. Sheffield v. Carrington Financial Corp., Vision Limited Partnership and
      Stephen Mark Smith
      Date filed:  10/11/95
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning
      and Failure to Supervise
      Amount Claimed:  $28,677.70
      Status:  Case Terminated/Settled 12/4/95

37.   96-R017
      John A. McCann v. Jamie Lee Carroll, Cromwell Financial Services, Inc., Robert Paul
      Nixon, Michael Frederick Staryk, III, and Vision Limited Partnership
      Date filed:  11/8/95
      Allegation(s):  Unauthorized Trading and Non-disclosure
      Amount Claimed:  $11,914.72
      Status:  Case Terminated/Settled 12/27/95

38.   96-R020
      Bruce B. & Fay R. Geradine v. Concorde Trading Group, Inc., Craig Goldberg, Patrick
      Todd Parker and Vision Limited Partnership
      Date filed:  11/15/95
      Allegation(s):  Misrepresentation
      Amount Claimed:  $2,183.91
      Status:  Order of Dismissal 5/22/96

## <u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP</u>
(170 Reparations Cases)
(These are 134 of the most recent cases)

39.   96-R050
James Ahlstedt v. Capitol Commodity Services, Inc., Edmund K. Hysni, Alan J. Cohen a/k/a Lannie Cohen and Vision Limited Partnership
Date filed:  2/12/96
Allegation(s):  Mishandling Orders and Unauthorized Trading
Amount Claimed:  $25,000.00
Status:  Initial Decision/Dismissed 12/19/96; Appealed 1/8/97; Opinion and Order (Case Remanded) 8/12/97; Order of Dismissal 10/21/97

40.   96-R061
Harry C. Heindel v. George Grigorellis, GCC Commodities Corp., and Vision Limited Partnership
Date filed:  2/27/96
Allegation(s):  Misappropriation of Funds, Breach of Fiduciary Duty, Unauthorized Trading and Churning
Amount Claimed:  $8,256.00
Status:  Order of Dismissal/Settled 9/17/96

41.   96-R095
Eugene Whitwell v. Concorde Trading Group, Inc., Jessica Zoe Epstein and Vision Limited Partnership
Date filed:  5/10/96
Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure and Failure to Supervise
Amount Claimed:  $17,422.40
Status:  Order of Dismissal/Settled 10/30/96

42.   96-R102
Robert D. & Joyce Larsen v. Ronald Frederick Gruschow, Gary Richard Shepherd, Vision Limited Partnership and Sawgrass Financial Group, Inc.
Date filed:  5/20/96
Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure and Churning
Amount Claimed:  $7,346.00
Status:  Case Terminated/Settled 8/27/96

## VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP

(170 Reparations Cases)
(These are 134 of the most recent cases)

43.    96-R116
Albert J. DiBlasio, Sr. and Albert J. DiBlasio, Jr. v. Commodity Programs, Inc.-FL,
Robert Joseph Pelaez, Donna Elizabeth Randall and Vision Limited Partnership
Date filed: 6/19/96
Allegation(s): Breach of Fiduciary Duty, Non-disclosure, Unauthorized Trading, and
Failure to Supervise
Amount Claimed: $16,381.20
Status: Order Dismissing Complainant Albert J. DiBlasio, Sr., and Order Dismissing
Vision Limited Partnership 8/14/97

44.    96-R134
James L. Whigham v. First Investors Group of Palm Beaches, Inc., Richard L. Hamilton
and Vision Limited Partnership
Date filed: 7/15/96
Allegation(s): Misrepresentation
Amount Claimed: $5,000.00
Status: Order of Dismissal/Settled 10/7/97

45.    96-R138
Gaurang T. Bhatt v. First Pacific Trading Group, William Dean Katzelis and Vision
Limited Partnership
Date filed: 7/15/96
Allegation(s): Misrepresentation, Unauthorized Trading and Churning
Amount Claimed: $3,187.50
Status: Order of Dismissal/Settled 8/26/97

46.    96-R139
Charlie Brown v. Andrew David Fisher, FSG International, Inc., and Vision Limited
Partnership
Date filed: 7/17/96
Allegation(s): Misrepresentation, Breach of Fiduciary Duty and Failure to Supervise
Amount Claimed: $5,000.00
Status: Order of Dismissal/Settled 3/21/97

47.    97-R052
Kevin Brady v. Concorde Trading Group, Inc., Brian Stanley Earle and Vision Limited
Partnership
Date filed: 3/12/97
Allegation(s): Misrepresentation, Non-disclosure and Fraud
Amount Claimed: $11,931.00
Status: Case Terminated/Settled (as to Respondent Vision Limited Partnership) 6/3/97

**<u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION</u>**
**<u>LIMITED PARTNERSHIP</u>**
(170 Reparations Cases)
(These are 134 of the most recent cases)

48.     97-R073
        Michael Burton Buckler, Jr. v. Castle Commodities Corporation, ING (US) Securities
        Futures & Options, Inc., Walter Joseph Landry, Potomac Futures d/b/a Universal
        Financial Bancorp, Inc., and Vision Limited Partnership
        Date filed:  5/1/97
        Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning,
        Fraud and Unauthorized Trading
        Amount Claimed:  $37,637.64
        Status:  Order of Dismissal 2/27/98

49.     97-R082
        Robert L. Morris v. Alaron Trading Corporation, Robert Boshnack, Howard Martin
        Rothman, Vincent Patrick Varbero, Vincent Patrick Varbero d/b/a Gallant
        Trading Group and Vision Limited Partnership
        Date filed:  5/23/97
        Allegation(s):  Misrepresentation, Negligence and Unauthorized Trading
        Amount Claimed:  $16,000.00
        Status:  Order of Dismissal/Settled 2/24/98

50.     97-R084
        Robert Mahailovich v. Vision Limited Partnership, Crowflite Corporation and James
        Stephen Crow
        Date filed:  5/28/97
        Allegation(s):  Unauthorized Trading, Failure to Supervise and Fraud
        Amount Claimed:  $50,000.00
        Status:  Order Dismissing Reparation Proceeding 12/8/97

51.     97-R105
        Badruddin Charania v. Fidelity Mercantile Corp., Vision Limited Partnership and Edward
        David Webb
        Date filed:  7/7/97
        Allegation(s):  Misrepresentation, Mishandling Orders and Fraud
        Amount Claimed:  $9,471.26
        Status:  Order of Dismissal 8/31/98

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP**
(170 Reparations Cases)
(These are 134 of the most recent cases)

52.   97-R114
      Sheila Stabile and Douglas E. Stabile, DPM v. Castle Commodities Corporation, John David James, Carla Yvonne Mora, Muraji Nakazawa and Vision Limited Partnership
      Date filed:  7/29/97
      Allegation(s):  Misrepresentation, Failure to Supervise, Non-disclosure, Churning and Unauthorized Trading
      Amount Claimed:  $13,856.25
      Status:  Order of Dismissal 11/20/98

53.   97-R138
      Kenneth M. O'Brien v. Castle Commodities Corporation, Yu-Dee Chang, Yu-Dee Chang & Company, Inc., and Vision Limited Partnership
      Date filed:  9/10/97
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Unauthorized Trading and Churning
      Amount Claimed:  $14,445.15
      Status:  Case Terminated 12/23/97

54.   98-R060
      Jeffrey A. Meyers v. Gregory William Elliott d/b/a Sunrise Trading Group, Maurice Yogie Jackson and Vision Limited Partnership
      Date filed:  12/24/97
      Allegation(s):  Misrepresentation and Churning
      Amount Claimed:  $7,000.00
      Status:  Case Terminated/Settled 3/10/98

55.   98-R067
      Albert E. Parmenter v. Heritage West Financial, Inc., Scott Donald Turesky and Vision Limited Partnership
      Date filed:  1/9/98
      Allegation(s):  Misrepresentation, Manipulation, Unauthorized Trading, Non-disclosure and Fraud
      Amount Claimed:  $8,937.00
      Status:  Case Terminated/Settled 3/24/98

<u>**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION**</u>
<u>**LIMITED PARTNERSHIP**</u>
(170 Reparations Cases)
(These are 134 of the most recent cases)

56.   98-R069
      Serrel W. Black v. First Pacific Trading Group, William Dean Katzelis and Vision
      Limited Partnership
      Date filed:  1/20/98
      Allegation(s):  Misrepresentation, Unauthorized Trading and Churning
      Amount Claimed:  $7,497.00
      Status:  Order of Dismissal 10/28/98

57.   98-R084
      Robert and Helen Mac Alvanah v. Edward Thomas Trading Co. and Vision Limited
      Partnership
      Date filed:  2/4/98
      Allegation(s):  Misrepresentation
      Amount Claimed: $9,727.88
      Status:  Order of Dismissal 7/1/98

58.   98-R110
      Dimitrios Samaras v. Futures Trading Group, Inc., Mark Ira Schwartz and Vision Limited
      Partnership
      Date filed:  3/19/98
      Allegation(s):   Misrepresentation, Breach of Fiduciary Duty, Non-disclosure, Churning,
      Unauthorized Trading and Fraud
      Amount Claimed:  $33,256.10
      Status:  Order of Dismissal 11/6/98

59.   98-R117
      Nathan Meinhardt v. Vision Limited Partnership
      Date filed:  3/31/98
      Allegation(s):  Mishandling Orders and Non-disclosure
      Amount Claimed:  $2,898.00
      Status:  Case Terminated/Settled 6/8/98

60.   98-R119
      Investquest Corporation v. Adam Michael Friedman, Bruce Eugene Hintze, Vision
      Limited Partnership and The Winner Group, Inc.
      Date filed:  4/2/98
      Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Failure to Supervise and
      Fraud
      Amount Claimed:  $23,500.00
      Status:  Case Terminated 5/20/98

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP**
(170 Reparations Cases)
(These are 134 of the most recent cases)

61.    98-R134
       John T. Stone v. First Pacific Trading Group, Shahin Maleki and Vision Limited
       Partnership
       Date filed:  4/24/98
       Allegation(s):  Misrepresentation, Breach of Fiduciary Duty, Unauthorized Trading and
       Churning
       Amount Claimed:  $10,000.00
       Status:  Initial Decision/ Dismissed 12/17/98; Appealed 12/29/98; Order of Summary
       Affordance 5/13/99

62.    98-R144
       Rudolph Kodras v. Masoud Asadi-Saravi, Joseph George Diliberto, MAS Financial
       Services, Inc., Taiyo General USA, Inc., and Vision Limited Partnership
       Date filed:  5/19/98
       Allegation(s):   Misrepresentation and Unauthorized Trading
       Amount Claimed:  $12,468.45
       Status:  Order of Dismissal 5/11/99

63.    98-R181
       Kristi S. Ryan v. Donald Charles Baldaramos, LFG L.L.C., M G Globe Trading
       Company, Inc., Transamerican First Corporation d/b/a Inter-Global Financial
       Corporation and Vision Limited Partnership
       Date filed:  7/17/98
       Allegation(s):   Misrepresentation, Breach of Fiduciary Duty, Negligence, Churning and
       Unauthorized Trading
       Amount Claimed:  $13,650.98
       Status:  Order of Dismissal 2/28/00

64.    99-R001
       Kenneth M. Williams v. Yu-Dee Chang and Vision Limited Partnership
       Date filed:  9/29/98
       Allegation(s):  Churning, Failure to Supervise, Misrepresentation, Non-disclosure and
       Unauthorized Trading
       Amount Claimed:  $157,557.78
       Status:  Order Dismissing Reparation Proceeding 5/10/99

## VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP
(170 Reparations Cases)
(These are 134 of the most recent cases)

65.   99-R023
Anthony L. and Nancy E. Gable v. GCC Commodities Corp., George Grigorellis and Vision Limited Partnership
Date filed:  10/28/98
Allegation(s):  Churning and Misrepresentation
Amount Claimed:  $13,198.00
Status:  Case Terminated/Settled 12/29/98

66.   99-R041
Luis Pina v. Heritage West Financial, Inc., Scott Donald Turesky and Vision Limited Partnership
Date filed:  11/20/98
Allegation(s):  Breach of Fiduciary Duty, Failure to Supervise, Fraud, Misrepresentation and Negligence
Amount Claimed:  $18,223.89
Status:  Case Dismissed (as to Vision LP and Heritage West Financial, Inc.) 4/7/99

67.   99-R044
Laszlo Vecsei v. Edward Thomas Trading Co., Edward Thomas Gomes and Vision Limited Partnership
Date filed:  11/30/98
Allegation(s):  Breach of Fiduciary Duty, Misrepresentation and Non-disclosure
Amount Claimed:  $8,484.57
Status:  Case Dismissed/Settled 3/9/99

68.   99-R070
Eric T. Dixon v. Kerry Lansing Brewer, Futures Trading Group, Inc., Patrick Wesley Tchou and Vision Limited Partnership
Date filed:  2/1/99
Allegation(s):  Breach of Fiduciary Duty, Failure to Supervise, Misrepresentation and Non-disclosure
Amount Claimed:  $6,430.10
Status:  Order of Dismissal for Cause 6/29/99

69.   99-R110
Katherine A. Bitner v. Steven Ruben Robert Alvarez, Pattison Commodities d/b/a S. Bruce Pattison and Vision Limited Partnership
Date filed:  5/6/99
Allegation(s):  Churning and Misrepresentation
Amount Claimed:  $2,500.00
Status:  Case Dismissed/Settled 7/12/99

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION
LIMITED PARTNERSHIP**
(170 Reparations Cases)
(These are 134 of the most recent cases)

70.   99-R125
Nathan Scott Ihrcke v. Edward Thomas Trading Co., Edward Thomas Gomes and Vision
Limited Partnership
Date filed:  6/1/99
Allegation(s):  Misrepresentation and Unauthorized Trading
Amount Claimed:  $4,782.95
Status:  Case Terminated/Dismissed 9/13/99

71.   99-R136
Dan Myers v. Edward Thomas Treading Co., Edward Thomas Gomes, Vision Limited
Partnership and Worthington Corporation
Date filed:  6/22/99
Allegation(s):  Churning, Failure Supervise, Fraud and Unauthorized Trading
Amount Claimed:  $8,350.20
Status:  Initial Decision/Dismissed 5/26/00

72.   99-R189
John J. Rogers v. First Pacific Trading Group, William Dean Katzelis and Vision Limited
Partnership
Date filed:  9/22/99
Allegation(s):  Churning, Fraud and Misrepresentation
Amount Claimed:  $2,797.14
Status:  Order of Dismissal 3/14/00

73.   00-R006
Paul Chan v. Vision Limited Partnership
Date filed:  10/5/99
Allegation(s):  Mishandling Orders
Amount Claimed:  Unavailable
Status:  Case Terminated/Settled 11/18/99

74.   00-R007
Arjan and Monic Mahtani v. Vision Limited Partnership
Date filed:  10/7/99
Allegation(s):  Mishandling Orders
Amount Claimed:  Unavailable
Status:  Case Terminated/Settled 11/3/99

## VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP

(170 Reparations Cases)
(These are 134 of the most recent cases)

75.   00-R008
Anthony Calascibetta v. Paul William Cissell, III, Cromwell Financial Services, Inc.,
Mitchell Allen Gross, William David Seigler, Jr., Philip Mark Tuccelli and
Vision Limited Partnership
Date filed:  10/04/99
Allegation(s):  Fraud, Misrepresentation and Unauthorized Trading
Amount Claimed:  $41,680.00
Status:  Order of Dismissal 7/19/00

76.   00-R014
Kristopher C. and Sharon M. Eade v. Yu-Dee Chang, Chesapeake Investment Services,
Inc., Mark Borisovitch Klinov and Vision Limited Partnership
Date filed:  10/26/99
Allegation(s):  Failure to Supervise, Fraud, Misrepresentation and Unauthorized Trading
Amount Claimed:  $171,303.00
Status:  Order of Dismissal on Settlement 7/13/00

77.   00-R034
Girard Valchine v. Vision Limited Partnership
Date filed:  01/03/00
Allegation(s):  Mishandling Orders
Amount Claimed:  $8,400.00
Status:   Case Terminated/Settled 3/15/00

78.   00-R100
James A. and Veronica T. Robison v. Vision Limited Partnership, Orion Futures
Group, Inc. and Derek Dobrowolski
Date filed: 7/19/00
Allegations(s) Churning and Misappropriation of Funds
Amount Claimed: $1,785.00
Status: Final Decision/Dismissed 3/2/01

79.   00-R125
Jitanshu and Vanlata Trivedi v. Yu-Dee Chang, Chesapeake Investment Services,
Inc., Stuart Louis Estler, Mark Borisovitch Klinov, Michael Lynn Smart,
Vanlata Trivedi and Vision Limited Partnership
Date filed: 9/22/00
Allegation(s): Failure to Supervise, Misrepresentation, Non-disclosure
and Unauthorized Trading
Amount Claimed: $300,862.00
Status: Order of Dismissal on Settlement 6/5/01

### VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP
(170 Reparations Cases)
(These are 134 of the most recent cases)

80.  01-R013
Ilija Djurkovic v. Blue Fish Commodities, Inc., Broadstreet Financial Corporation
Empire Asset Management, Andrew David Fisher, FSG International, Incorporated,
Vision Limited Partnership and Todd A. Young
Date filed: 11/8/00
Allegation(s): Churning, Misrepresentation and Non-disclosure
Amount Claimed: $15,100.00
Status: Order of Dismissal 9/10/01

81.  01-R048
Rita M. and Robert S. Davis v. Louis R. Ciuferri, Marsha Eleanor Friedman, Jay
Justin Goldberg, Bruce Eugene Hintze, Vision Limited Partnership, Michael
F. Winner and The Winner Group, Inc.
Date filed: 4/4/01
Allegation(s): Churning, Misrepresentation and Non-disclosure
Amount Claimed: $23,262.80
Status: Order of Dismissal / Settled 8/27/02

82.  01-R054
Heinz F. Biekofsky v. Charles Boratgis, Sammy Lewis Bunyard, Concorde Trading
Group, Inc., Mark Todd Hauze and Vision Limited Partnership
Date filed: 4/11/01
Allegation(s): Breach of Fiduciary Duty and Churning
Amount Claimed: $60,000.00
Status:  Initial Decision 9/27/02 (Respondent Vision LP Ordered to pay, $54,000)
Notice of Appeal filed by Vision 10/8/02; Opinion and Order 3/5/03 (Complaint
Against Vision LP Dismissed)

83.  01-R072
Daniel M. Keener and Sally Keener v. Scott Evan Rautbord, Vision Limited Partnership
and The Winner Group, Inc.
Date filed: 6/6/01
Allegation(s): Churning, Misrepresentation and Non-Disclosure
Amount Claimed: $27, 720.00
Status: Order of Dismissal 6/6/03

## <u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP</u>

(170 Reparations Cases)
(These are 134 of the most recent cases)

84.   01-R073
      Sally Keener and Angela L. McConkey v. Scott Evan Rautbord, Vision Limited
      Partnership and The Winner Group, Inc.
      Date filed: 6/6/01
      Allegation(s): Misrepresentation, Non-Disclosure and Unauthorized Trading
      Amount Claimed: $9,379.00
      Status: Order of Dismissal 6/6/03

85.   02-R043
      Ruth S. Stewart and William F. Stewart v. Yu-Dee Chang, Chesapeake Investment
      Services, Inc., Stuart Louis Estler, Mark Borisovitch Klinov and Vision  Limited
      Partnership
      Date filed: 04/18/02
      Allegation(s): Failure to Supervise and Misrepresentation
      Amount Claimed: $112,817.00
      Status: Order Dismissing Reparation Proceeding 9/30/02

86.   02-R066
      John M. Plank v. Richard Teal Barney, Yu-Dee Chang, Chesapeake Investment Services,
      Inc. and Vision Limited Partnership
      Date filed: 7/31/02
      Allegation(s): Breach of Fiduciary Duty, Churning, Fraud, Misrepresentation and
      Non-disclosure
      Amount Claimed: $474,407.00
      Status: Order Granting Application For Interlocutory Review/Dismissed 9/8/05

87.   03-R027
      Edward T. Reilly v. Edward Thomas Trading Co., Edward Thomas Gomes and Vision
      Limited Partnership
      Date filed: 12/27/02
      Allegation(s): Breach of Fiduciary Duty, Misrepresentation and Non-disclosure
      Amount Claimed: $ 13,161.90
      Status: Final Decision/Dismissed 7/22/03

88.   03-R038
      Fred W. Smith, Sr. and Phyllis Smith v. Yu-Dee Chang, Chesapeake Investment
      Services, Inc., Carla Yvonne Mora, Phyliss Smith and Vision Limited Partnership
      Date filed: 03/15/03
      Allegation(s): Misrepresentation, Non-disclosure, Unauthorized Trading and
      Wrongful Liquidation
      Amount Claimed: $14,614.55
      Status: Order of Dismissal with Prejudice 1/29/04

### VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP
(170 Reparations Cases)
(These are 134 of the most recent cases)

89.  03-R039
     Fred W. Smith, Jr. v. Yu-Dee Chang, Chesapeake Investment Services, Inc., Carla
     Yvonne Mora and Vision Limited Partnership
     Date filed:  03/14/03
     Allegation(s):  Churning, Misrepresentation, Non-disclosure and Unauthorized
     Trading
     Amount Claimed:  $23,700.49
     Status:  Order of Dismissal with Prejudice 1/29/04

90.  03-R043
     Dolores P. Lemm v. Lynn Arthur Comstock, Sr., Essex Futures, Shahin Maleki and
     and Vision Limited Partnership
     Date filed:  04/03/03
     Allegation(s):  Breach of Fiduciary Duty, Churning, Mishandling Orders, Misrepresentation
     and Unauthorized Trading
     Amount Claimed:  $10,801.41
     Status:  Order of Dismissal 4/22/04

91.  03-R044
     James C. Jensen v. Time Leverage Capital Corporation and Vision Limited Partnership
     Date filed:  03/24/03
     Allegation(s):  Mishandling Orders
     Amount Claimed:  $15,345.48
     Status:  Case Terminated/Settled 7/2/03

92.  03-R048
     Mukesh K. and Bharti M. Thaker v. Yu-Dee Chang, Chesapeake Investment Services,
     Inc., Ben Allen Scarbrough and Vision Limited Partnership
     Date filed:  4/10/03
     Allegation(s):  Churning, Misrepresentation and Unauthorized Trading
     Amount Claimed:  $8,612.44
     Status:  Order of Dismissal 3/26/04

93.  03-R051
     Richard R. Fiscus v. Steven Fellig, Time Leverage Capital Corporation and Vision
     Limited Partnership
     Date filed:  4/15/03
     Allegation(s):  Breach of Fiduciary Duty, Misrepresentation and Non-disclosure
     Amount Claimed:  $7,692.50
     Status:  Order of Dismissal 7/8/04

## VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP
(170 Reparations Cases)
(These are 134 of the most recent cases)

94.    03-R072
Delward L. Jenson v. Essex Futures, Alex Robert Lozano and Vision Limited Partnership
Date filed: 7/15/03
Allegation(s): Churning and Unauthorized Trading
Amount Claimed: $7,067.17
Status: Case Terminated/Settled 11/26/03

95.    04-R004
Theodore F. Plottner v. Michael Paul Agnesini, Blue Fish Commodities, Inc. and Vision Limited Partnership
Date filed: 10/22/03
Allegation(s): Mis-Management and Misrepresentation
Amount Claimed: $2,105.35
Status: Case Terminated/Settled 1/13/04

96.    04-R080
Malika Talwar v. Yu-Dee Chang, Chesapeake Investment Services, Inc., Vision Limited Partnership and Ray Yzer a/k/a Rendelle Anthony Yzer
Date filed: 8/4/04
Allegation(s): Misrepresentation
Amount Claimed: $124,753.98
Status: Order of Dismissal/Dismissed 5/18/05

97.    05-R010
Orville A. Feikema v. Investment Analysis Group, Inc., Michael John Sabo, Vision Limited Partnership and William Clark Zaleski
Date filed: 11/8/04
Allegation(s): Churning and Misrepresentation
Amount Claimed: $21,425.00
Status: Order of Dismissal/Settled 2/2/06

98.    05-R043
Ronald W. Weddell v. Stanley Vernon Burnidge, Burnidge Commodities d/b/a Stanley Vernon Burnidge and Vision LP d/b/a Vision Limited Partnership
Date filed: 3/30/05
Allegation(s): Breach of Fiduciary Duty, Misrepresentation, Negligence and Non-disclosure
Amount Claimed: $327,191.58
Status: Dismissal on Settlement 8/12/05

## <u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP</u>
(170 Reparations Cases)
(These are 134 of the most recent cases)

99.     05-R063
        William Croce Profit Sharing Plan v. Vision Limited Partnership
        Date filed:  6/28/05
        Allegation(s):  Mishandling Orders
        Amount Claimed:  $332,070.65
        Status:  Order of Dismissal 3/23/06

100.    05-R077
        Stephen McCabe v. Investment Analysis Group, Inc., Michael John Sabo and Vision
        Limited Partnership
        Date filed: 9/8/05
        Allegation(s):   Misrepresentation and Non-disclosure
        Amount Claimed: $3,300.00
        Status:  Case Terminated/Settled 10/28/05

101.    05-R080
        Harold and Catherine Ann Neagle v. Aliso Trading Group, LLC, Todd Matthew
        Esparza and Vision Limited Partnership
        Date filed: 9/17/05
        Allegation(s):  Churning and Misrepresentation
        Amount Claimed:  $18,993.36
        Status:  Case Terminated/Settled 11/25/05

102.    05-R086
        Richard S. Numbers, Trustee, The Richard S. Numbers Revocable Trust v. Stephen
        Randall Moore, Vision Limited Partnership and Randall Worldwide Investments d/b/a
        Sidaboyz, Inc.
        Date filed:  9/27/05
        Allegation(s):  Breach of Fiduciary Duty, Mishandling Orders, Misrepresentation,
        Non-disclosure and Unauthorized Trading
        Amount Claimed:  $100,804.00
        Status:   Case Terminated/Settled as to Vision LP 1/17/06

103.    06-R002
        James D. Frakes v. Essex Futures, William Dean Katzelis, James Mark Murphy and
        Vision Limited Partnership
        Date filed:  10/3/05
        Allegation(s):  Churning and Unauthorized Trading
        Amount Claimed:  $5,703.94
        Status:  Case Terminated/Settled as to Vision LP 2/17/06

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP**
(170 Reparations Cases)
(These are 134 of the most recent cases)

104.      06-R010
         David A. Orndorff v. Direct Futures, LLC d/b/a Lasalle Futures Group, Devon
         Dierdre Dudley a/k/a William James Dudley and Vision Limited Partnership
         Date filed:  10/25/05
         Allegation(s):  Fraud, Misrepresentation and Non-disclosure
         Amount Claimed:  $3,300.00
         Status: Order of Dismissal/Settled 9/27/06

105.      06-R030
         Richard H. and Charlotte Hammond v. Lynn Arthur Comstock, Sr., Essex Futures
         and Vision Limited Partnership
         Date filed:  1/30/06
         Allegation(s):   Churning and Misrepresentation
         Amount Claimed: $ 9,100.00
         Status: Case Terminated/Settled 5/5/06

106.      06-R054
         Pon Lee v. Thomas John Lee, Thomas J. Lee d/b/a Lee Capital Management and
         Vision Limited Partnership
         Date filed:  8/4/06
         Allegation(s):   Breach of Fiduciary Duty, Churning, Misrepresentation and
         Non-disclosure
         Amount Claimed:  $382,057.80
         Status:   Order of Summary Disposition (Complaint Dismissed) 3/13/07

107.      07-R001
         Thomas Cost v. Chahir Geraigiri a/k/a Chad Geraigiri, Optimus Trading Group, LLC,
         Vision Financial Markets, LLC and Matthew Zimberg
         Date filed:  10/3/06
         Allegation(s):   Misrepresentation, Unauthorized Trading and Wrongful Liquidation
         Amount Claimed:  $30,255.00
         Status:   Order of Dismissal/Settled 8/2/07

108.      07-R002
         Betty Wallace Trust, Betty Wallace, Trustee v. Cybercta.Com, LLC d/b/a Edgemoore
         Financial, Edgemoore Trading and Edgemoore Financial Management, David Moore
         and Vision Limited Partnership
         Date filed:  10/6/06
         Allegation(s):   Churning and Misrepresentation
         Amount Claimed:  $28,500.00
         Status:   Case Terminated/Settled 11/8/06

### <u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP</u>
(170 Reparations Cases)
(These are 134 of the most recent cases)

109.    08-R002
   Roger Johnson (account number 218983) v. Ace Investment Strategists LLC, Yu-Dee
   Chang, Chesapeake Investment Services, Inc., Marie Hassib Fadel and Vision
   Financial Markets LLC d/b/a Vision
   Date filed:  9/26/07
   Allegation(s):  Breach of Fiduciary Duty, Failure to Supervise, Fraud, Negligence
   and Unauthorized Trading
   Amount Claimed:  $19,096.90
   Status:  Order of Dismissal/Settled 11/24/08

110.    08-R003
   Roger Johnson (account number 888300) v. Ace Investment Strategists LLC, Yu-Dee
   Chang, Chesapeake Investment Services, Inc., Marie Hassib Fadel and Vision
   Financial Markets LLC d/b/a Vision
   Date filed:  9/26/07
   Allegation(s):  Breach of Fiduciary Duty, Failure to Supervise, Fraud,
   Misrepresentation, Negligence and Unauthorized Trading
   Amount Claimed:  $11,633.30
   Status:  Order of Dismissal/Settled 11/24/08

111.    08-R004
   Roger Johnson (account number 888295) v. Ace Investment Strategists LLC, Yu-Dee
   Chang, Chesapeake Investment Services, Inc., Marie Hassib Fadel and Vision
   Financial Markets LLC d/b/a Vision
   Date filed:  9/26/07
   Allegation(s):  Breach of Fiduciary Duty, Failure to Supervise, Fraud,
   Misrepresentation, Negligence and Unauthorized Trading
   Amount Claimed:  $14,887.50
   Status:  Order of Dismissal/Settled 11/24/08

112.    08-R005
   Theresa Belanger v. Alessandro Abaroa a/k/a Al Abaroa, Time Leverage Capital
   Corporation and Vision Financial Markets LLC d/b/a Vision
   Date filed:  10/18/07
   Allegation(s):  Misrepresentation and Non-disclosure
   Amount Claimed:  $61,500.00
   Status:  Case Terminated/Settled 2/8/08

## <u>VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP</u>
(170 Reparations Cases)
(These are 134 of the most recent cases)

113.  08-R023
      Hsue Tung v. James Michael Garasz, Orion Futures Group, Inc. and Vision
      Financial Markets LLC
      Date filed:  2/11/08
      Allegation(s):  Fraud, Misrepresentation and Non-disclosure
      Amount Claimed:  $5,113.56
      Status:  Case Terminated/Settled (as Respondents Vision Financial Markets LLC
      and Orion Futures Group, Inc.) 6/12/08

114.  08-R049
      Rudolph Kodras v. 20/20 Trading Company, Man Financial, Inc. d/b/a MF Global,
      Inc., Sharief Deona McDowell and Vision Financial Markets LLC d/b/a Vision
      Date filed:  8/26/08
      Allegation(s):  Misrepresentation and Non-disclosure
      Amount Claimed:  $360,000.00
      Status:  Order of Dismissal/Dismissed 7/8/09

115.  09-R009
      Andrea Hallock and Cliff Hallock v. Chesapeake Investment Services, Inc., Vision
      Financial Markets LLC and John Zhang a/k/a Kun Zhang
      Date filed:  11/10/08
      Allegation(s):  Fraud and Misrepresentation
      Amount Claimed:  $75,000.00
      Status:  Order of Dismissal/Dismissed 7/16/09

116.  09-R022
      Steven Weil v. Direct Futures, LLC d/b/a LaSalle Futures Group, Vision
      Financial Markets LLC and David Eugene Unit
      Date filed:  12/31/08
      Allegation(s):  Churning, Misrepresentation and Non-disclosure
      Amount Claimed:  $33,479.39
      Status:  Case Terminated/Settled (as to Vision Financial Markets LLC and Direct
      Futures, LLC d/b/a LaSalle Futures Group) 8/12/09

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP**
(170 Reparations Cases)
(These are 134 of the most recent cases)

117.    09-R023
Wayne Goldman v. Ace Investment Strategists LLC, Yu-Dee Chang, Essex Futures, William Dean Katzelis, Shahin Maleki, Vishal Olson and Vision Financial Markets LLC
Date filed:  1/21/09
Allegation(s):  Breach of Fiduciary Duty, Churning, Failure to Supervise, Negligence and Misrepresentation
Amount Claimed:  $225,172.00
Status:  Order of Dismissal/Dismissed 6/22/09

118.    09-R031
Natasha Weil and Steven Weil v. Direct Futures, LLC d/b/a LaSalle Futures Group, Vision Financial Markets LLC and David Eugene Unit
Date filed:  3/17/09
Allegation(s):  Churning, Misrepresentation and Non-disclosure
Amount Claimed:  $4,607.59
Status:  Case Terminated/Settled (as to Vision Financial Markets LLC and Direct Futures, LLC d/b/a LaSalle Futures Group) 8/12/09

119.    09-R032
Rebecca Weil and Steven Weil v. Direct Futures, LLC d/b/a LaSalle Futures Group Vision Financial Markets LLC and David Eugene Unit
Date filed:  4/1/09
Allegation(s):  Churning, Misrepresentation and Non-disclosure
Amount Claimed:  $1,727.00
Status:  Case Terminated/Settled (as to Vision Financial Markets LLC and Direct Futures, LLC d/b/a LaSalle Futures Group) 8/12/09

120.    09-R040
Scott Stiewing v. Julio Cesar Aquino, Namrata Kapoor, Roslex Corporation and Vision Financial Markets LLC
Date filed:  5/19/09
Allegation(s):  Churning, Misrepresentation and Non-disclosure
Amount Claimed:  $6,000.00
Status:  Case Terminated/Settled 2/4/10

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION LIMITED PARTNERSHIP**

(170 Reparations Cases)
(These are 134 of the most recent cases)

121.    09-R051
        Amy P. Chu v. Essex Futures, Shahin Maleki, Gholamreza Shirazi and Vision Financial Markets LLC
        Date filed:  7/25/09
        Allegation(s):  Breach of Fiduciary Duty, Churning, Fraud and Misrepresentation
        Amount Claimed:  $69,704.00
        Status:  Order of Dismissal 9/23/10

122.    09-R056
        Victor Valderrama v. 20/20 Trading Company, Bharat Adatia, Sharief Deona McDowell and Vision Financial Markets LLC
        Date filed:  9/1/09
        Allegation(s):  Churning, Misrepresentation and Non-disclosure
        Amount Claimed:  $15,393.15
        Status:  Case Dismissed (as to Vision Financial Markets LLC) 12/29/09

123.    10-R007
        Craig Garske v. Jay William Rutkowsky, Time Leverage Capital Corporation, Vision Financial Markets LLC and Roy Weiler
        Date filed:  1/6/10
        Allegation(s):  Churning, Mis-Management and Misrepresentation
        Amount Claimed:  $18,000.00
        Status:  Case Terminated/Settled 6/10/10

124.    10-R012
        Kenneth R. Koehler v. George Antonio Burrafato, Direct Futures, LLC d/b/a LaSalle Futures Group and Vision Financial Markets LLC
        Date filed:  2/18/10
        Allegation(s):  Misrepresentation and Non-disclosure
        Amount Claimed:  $9,440.13
        Status:  Case Terminated/Settled 6/16/10

125.    10-R028
        Jai Paul Swamidass v. Blue Fish Commodities, Inc., Andrew David Fisher and Vision Financial Markets, LLC d/b/a Vision
        Date filed:  8/18/10
        Allegation(s):  Misrepresentation, Churning and Unauthorized Trading
        Amount Claimed:  $165,000.00
        Status:  Order of Dismissal/Settled 8/23/12

**VISION FINANCIAL MARKETS, LLC D/B/A VISION AND D/B/A VISION
LIMITED PARTNERSHIP**
(170 Reparations Cases)
(These are 134 of the most recent cases)

126.   11-R007
Commercial Investment Capital, Inc. v. Blue Fish Commodities, Inc., Andrew David
Fisher and Vision Financial Markets, LLC d/b/a Vision
Date filed:  11/29/10
Allegation(s): Misrepresentation, Unauthorized Trading and Churning
Amount Claimed:  $250,000.00
Status:  Order of Dismissal/Settled 8/23/12

127.   11-R025
Virgil G. Bogdan v. Richard Ian Lowe, Options Pro Corp., Vision Financial Markets,
LLC d/b/a Vision
Date filed:  6/20/11
Allegation(s):  Misrepresentation and Non-disclosure
Amount Claimed:  $20,036.22
Status:  Case Terminated 1/31/12

128.   12-R006
Seth Hauser v. Craig Richard Pace, United Futures Trading Company and Vision
Financial Markets, LLC d/b/a Vision
Date filed:  11/14/11
Allegation(s):  Misrepresentation, Non-disclosure and Fraud
Amount Claimed:  $5,193.00
Status:  Case Terminated 4/2/12

129.   12-R011
John and Julie Pappalardo v. Jonathan Peter Ho, Ace Investment Strategists, LLC,Yu-
Dee Chang, Chesapeake Investment Services, Inc., Vishal Olson and Vision Financial
Markets, LLC d/b/a Vision
Date filed:  2/10/12
Allegation(s):  Misrepresentation and Non-Disclosure
Amount Claimed:  $42,654.81
Status:  Case Terminated/Settled 6/11/12

134.   12-R020
       Randolph Dyer v. Option Investments, Inc. and Vision Financial Markets LLC d/b/a
       Vision
       Date filed:  4/2/12
       Allegation(s): Misrepresentation and Churning
       Amount Claimed:  $3,429.59
       Status:  Case Terminated 9/17/12

131.   12-R028
       Cia Amir v. Vision Financial Markets LLC
       Date filed: 5/15/12
       Allegation(s): Breach of Fiduciary Duty and Wrongful Liquidation
       Amount Claimed: $14,504.38
       Status: Case Dismissed in Complaints Section/Settled 11/14/12

132.   13-R011
       Drew Reynolds v. Vision Financial Markets LLC
       Date filed: 4/3/13
       Allegation(s): Mishandling of Orders and Misrepresentation
       Amount Claimed: $398.70
       Status: Case Dismissed in Complaints Section/Settled 7/5/13

133.   14-R003
       Kwong Chao v. Chesapeake Investment Services, Inc., Benjamin Kim, and Vision
       Financial Markets LLC
       Date filed: 12/13/13
       Allegation(s): Misrepresentation and Non-Disclosure
       Amount Claimed: $1,000
       Status: Case Dismissed in Complaints Section/Settled 4/25/14

134.   14-R006
       Charles L. Bartlett v. Essex Futures, Luke C. Nichols, and Vision Financial Markets LLC
       Date filed: 1/8/14
       Allegation(s): Churning and Misrepresentation
       Amount Claimed: $72,991.11
       Status: Order of Dismissal/Settled 6/14/16

*Updated as of 12/18/20   lrd/tst/mh/nc/tst/bp*