UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran, et al.,

                        Plaintiffs,

-against-

National Futures Association, et al.

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2021

1:20-cv-03668 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On August 22, 2020, Plaintiff Kumaran filed a Letter Motion to seal the Guarantee and Fee Agreement that was belatedly filed as an exhibit to the Complaint. (Letter Motion, ECF No. 30.) In her Letter Motion, Plaintiff Kumaran stated that she did not believe the exhibit should be filed under seal, but did so out of an "abundance of caution" because of a Confidentiality Order in related arbitration proceedings through which she obtained the document. (*See id*. at 1.)

On January 14, 2021, Plaintiffs filed an Amended Complaint which includes the same document as an exhibit. (*See* Am. Compl. ¶¶ 148, 735, ECF No. 58-1.) Thus, Plaintiffs appear to renew the request to seal that exhibit. (*See* ECF No. 58 (referencing ECF No. 30).) Plaintiffs also have filed under seal another exhibit to the Amended Complaint that was not the subject of Plaintiff Kumaran's prior motion. (*See* ECF No. 58-1 at 1-5; *see also* Am. Compl. ¶ 70.) Accordingly, it is hereby Ordered as follows:

1. Plaintiff's Letter Motion at ECF No. 30 is denied as moot.

2. In accordance with the Court's Individual Practices for sealing requests based on another party's designation of documents or information as confidential, the parties shall,

no later than Friday, January 22, 2021, file a joint letter setting forth their respective positions with respect to sealing the documents in ECF No. 58-1.

**SO ORDERED.**

DATED:    New York, New York
          January 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge