

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran, et al.,

                              Plaintiffs,

-against-

National Futures Association, et al.

                              Defendants.

1:20-cv-03668 (GHW) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Tuesday, January 26, 2021, at 10:30 a.m. EST to discuss the status of this action and the two related actions. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
                 January 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge