UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran, et al.,

                         Plaintiffs,

-against-

National Futures Association, et al.

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021

1:20-cv-03668 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than February 2, 2021, Defendant Kadlec shall email to Chambers (Aaron_NYSDChambers@nysd.uscourts.gov), with a copy to Plaintiffs, proposed redactions to the Guaranty & Fee Agreement filed at ECF No. 58-1. Plaintiff shall respond with any objections no later than February 9, 2021.

2. No later than March 15, 2021, Defendants shall file their anticipated motion to dismiss the Amended Complaint. Plaintiffs shall file their opposition no later than May 17, 2021 and Defendants shall file any reply no later than June 16, 2021.

**SO ORDERED.**

DATED:     New York, New York
                January 26, 2021

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge