```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran, et al.,

                        Plaintiffs,

-against-

National Futures Association, et al.

                        Defendants.

1:20-cv-03668 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having received Defendant Kadlec's proposed redactions to the Guaranty & Fee Agreement filed at ECF No. 58-1 and Plaintiffs' objections (*see* Order, ECF No. 63), it is hereby Ordered that, no later than Wednesday, February 17, 2021, Defendant Kadlec shall file a letter on the docket responding to Plaintiff's objections and setting forth the basis for each proposed redaction.

**SO ORDERED.**

DATED:    New York, New York
             February 10, 2021

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge