```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SAMANTHA SIVA KUMARAN, et al.,                                 :
:
                           Plaintiffs,       :    1:20-cv-3668-GHW
:
            -against-                                       :    <u>ORDER</u>
:
NATIONAL FUTURES ASSOCIATION, LLC,                             :
:
                           Defendants.      :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Plaintiffs' application for an extension of time to file their objections to the Magistrate Judge's September 16, 2021 order, Dkt. No. 114, is granted.  The deadline for Plaintiffs to file their objections to the Magistrate Judge's order is October 16, 2021.  Plaintiffs' objections shall be no longer than 25 pages; Defendant's opposition shall be no longer than 25 pages; Plaintiffs' reply, if any, shall be no longer than 15 pages.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 114.

      SO ORDERED.

Dated:  September 20, 2021
New York, New York
                                                   GREGORY H. WOODS
                                                United States District Judge