```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
SAMANTHA SIVA KUMARAN, et al., :
:
                         Plaintiffs, :      1:20-cv-3668-GHW
:
            -against- :      ORDER
:
NATIONAL FUTURES ASSOCIATION, LLC, et :
al., :
:
                       Defendants. :
X
-----------------------------------------------------------

GREGORY H. WOODS, District Judge:

      Plaintiffs' application to exceed the page limit for their objections to the Magistrate Judge's September 16, 2021 order, Dkt. No. 118, is granted. The page-limit for Plaintiffs' objections is extended to 30 pages; Defendants' opposition shall be no longer than 30 pages; Plaintiffs' reply, if any, shall be no longer than 15 pages.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 118.

      SO ORDERED.

Dated: October 20, 2021
New York, New York
                                                       GREGORY H. WOODS
                                             United States District Judge