**VIA ECF**
Honorable Judge Gregory Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Kumaran et al vs. National Futures Association et al  1:20-Cv-03668-GHW-SDA*

### RE; LETTER MOTION REQUEST TO ADJUST SCHEDULING

Dear Hon Judge Woods,

As per prior communication to the Court on December 15, 2021, (20-CV-3871 ECF117), my client Ms. Kumaran has notified me that her and several immediate family members on December 19, 2021 (this weekend) have received a positive covid test (believed to be the Omicron but it is not sure which variant) after recent exposures in the city. I wish her a speedy recovery along with her family.

Ms. Kumaran has indicated that they have been somewhat under the weather for several days and are recovering and resting.

To the extent there is a filing due on December 21, 2021 in 20-CV-3668 in light of this, we respectfully request this is postponed to avoid any prejudice, until Ms. Kumaran returns to the office.

She has told me she expects to be out for about 10-14 days until the symptoms abate, (barring any complications) and is recuperating in bed.  It is important that this does not prejudice the case, as we have one more important filing in 20-CV-3668. To that end, I respectfully request on behalf of both parties, that Ms. Kumaran has the time to recover – so that the filing can be completed with her full attention.

There will be no prejudice to the case, as there are no other briefings after this, and this will complete the motions on this case. Therefore no other scheduling will be impacted.

We have notified the Court as promptly as possible, as this was only learned yesterday and within the 48 hours. We also respectfully remind the Court that NRCM and Ms. Kumaran have constantly met all other deadlines, and this is not a failure to prosecute this case actively.

We trust she will be back in the office shortly. We wish her and her young family a speedy recovery. We thank you for your consideration and concern.

Thank you.

Respectfully submitted,

//BMA//

Brian August, Esq
*Counsel for NRCM*
1000 Willoughby Street, #9E
Brooklyn, NY 11201
Bmaugust61@gmail.com