USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2022

**VIA ECF/EMAIL**
Honorable Judge Stewart D. Aaron
Honorable Judge Gregory Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

# MEMORANDUM ENDORSED

Re: *Kumaran et al vs. National Futures Association et al  1:20-Cv-0668*-GHW-SDA

## COVID TEST - REQUEST FOR SHORT ADJOURNMENT

Dear Hon. Judge Woods,

I am writing to notify you that on December 29, 2021 I have also unfortunately received a positive Covid test. Because I have prior underlying medical issues (which the Court is aware of from prior docket entries), I am waiting for the advice from doctors on what my next steps are. I wanted to alert the Court promptly. It is also likely that I may need to take 10 days to 2 weeks out of the office.

I am therefore respectfully seeking a short adjournment on all filings as I may not be able to complete my own filings for about 2 weeks until I have the ok from doctors to return.

Alternatively Ms. Kumaran when she returns may be able to prepare or file the forms on behalf of NRCM but I want to notify the Court I will most likely be also out of the office for two weeks. As I am a sole proprietor I also do not have a substitute to fill in for me.

I also believe my client Ms. Kumaran is doing a little better (though has been resting and out of commission for about 2.5 weeks) and if all goes well Ms. Kumaran will be back in the office January 4 or 5. However this will increase her workload since I will not be able to contribute for about 2 weeks. Further she will not have access to my input during this time.

However, I have also learned **today December 31, 2021** that another one of Ms. Kumaran's younger kids (age 5-11) has now also tested positive and had come down with a fever, cough and cold.

I believe the normal request would be to seek a stay or adjournment of two weeks till both Ms. Kumaran I are fully back in the office. We apologize for any inconvenience. As the Court knows I am a higher risk patient and need to follow the advice of doctors to take all necessary precautions to rest and avoid this getting worse.


I believe Ms. Kumaran is trying to get back at work in next week (conditions permitting) and will be writing in at that time. This is close to the final briefings on the MTD and we respectfully ask that we are not prejudiced due to these latest health developments.

I respectfully request that my absence does not prejudice my clients in any way.

Thank you for your understanding. Happy New Year.

//BMA//
Brian August, Esq.

33 Lincoln Avenue, Apt. 5D
Brooklyn, NY 11225
Bmaugust61@gmail.com

Application granted. Plaintiff's reply is due no later than January 18, 2022. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 133.  The case number is 20-cv-3668, not 20-cv-0668 as listed in the letter.

SO ORDERED.

Dated: January 2, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge