Page 1


**VIA ECF/EMAIL**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Re:   *Kumaran et al vs. National Futures Association et al*  20-CV-3668-GHW-SDA

Dear Hon. Judge Woods,


I am writing first related to case 20-CV-3668 and I apologize that I have been out of the office for about 2.5 weeks. I also thank the Court of its consideration that I was recovering and needed to rest. I am doing better now and attempting to return to the office.


When I came in,  I noticed that my ECF login in Pacer to Case No. 20-CV-3668 has been switched over to Mr. August. This means, inadvertently, he is now listed as representing me in case 20-CV-3668. This is an error. I am still appearing *Pro-Se*. I am not aware of how this happened and there was nothing I did to change this. It may have been an accident when Mr. August tried to file something for both filers on December 20, 2021, it may have associated his name with me as the filer. Since I was away, and just got back, I only just realized my ECF Login for case 20-CV3668 is no longer available so I cannot file in that action. I apologize for the inconvenience.


This switch did not occur in the related cases and is not impacting my ability to login and file in case 20-CV-3871 and 20-CV-3873.


I have been advised by the Pro-Se Intake Office that the only way to correct this, is to contact the Judge or Magistrate Judge or his Clerk, and to have them correct the log-in for 20-CV-3668 as I am not able to file what is needed to in case 20-CV-3668 and there are some time sensitive pleadings due in that motion. Since I am *Pro-Se*, I cannot call the Clerk, and I cannot

Page 2

email the Court, so I am filing this notice to respectfully request the ECF Login for case 20-CV-3668 is switched back to me (as Pro-Se) as I am unable to access the case.

I also wanted to notify you that while I am coming back into the office this week, Mr. August is also out of the office this week as he received a positive Covid test last Thursday and has been instructed to take about 10 days off to make sure his conditions do not worsen. I wish him a speedy recovery.

On the positive I am doing a lot better, and hope to be back at work this week. However, I notify the Court, that there are still immediate family members who have also recently received a positive Covid (as of December 31, 2021) and are not recovered, running a high fever, cough and cold so while I am now attempting to return to the office this week I am not back in full – there are still some unknowns in scheduling that I have to be available for.   I wanted to alert the Court accordingly.

I am trying now to get back up to speed to where I left off and because of some filing deadlines in 20-CV-3668.

I again respectfully request my ECF login is put back in that case so I may attend to that case first. I am attempting to write to the Court in case 20-CV-3668 but am unable to access the case because of the ECF Login switch mentioned above. I thank you in advance for your attention to the login access to 20-CV-3668.

Once again, I am (in my individual capacity) feeling better and I am going to make all attempts to try to get back into the office this week.  I am glad to be recovering and intend to be fully back on track shortly.

I thank the Court for its consideration in the time off – to rest – and took an unprecedented 2.5-3 weeks out of the office.  I am therefore notifying the Court that I am coming back in this week  - conditions at home pending –

I have some letters and important correspondence I need to file on the docket in this action and am unable to load them up. Because I am also now not listed as *Pro-Se* – I am not sure if the *Pro-Se* Intake will load them up, and they told me to contact the Court to have the ECF switched back.

Mr. August however is still out of the office, so I also seek clarification on how his filings should be handled. I would like to file something on the docket but am unable to login to the case, and therefore the purpose of this letter is to contact the Court to respectfully have the ECF Login reverted back to me (Pro-Se) as this can only be done by the Clerk of the Court.  The Pro-Se Intake office said they are not able to do this without the Court's consent.

Thank you.

Respectfully submitted,
//SSK//
Samantha S. Kumaran
Individual Pro-Se Plaintiff