**VIA ECF/EMAIL**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Kumaran et al vs. National Futures Association et al*  20-CV-03668-GHW-SDA

## NOTICE – LETTER RESPONSE TO ECF147

Dear Hon Judge Woods,

I have received a filing last night (ECF146) from Defendants NFA. I wanted to notice the Court that I am in the process of responding and also completing the motion showing good cause for excess pages. In light of yesterday evening's filing and so as to avoid duplicate responses, I will be including a response to that letter in the motion. That is why I did not file my own response yesterday.

I also wanted to notice the Court, that one of my children (age 12-17), is still showing longer term symptoms of Covid which are now almost 14 days after diagnosis. She is still coughing and with a fever – and to be honest not doing that well. The younger ones and myself have all recovered and I am (obviously) back in the office.

If her symptoms are not better by Friday 21st (which will be 14 days) I may have to take her to the hospital I wanted to make sure the Court was aware also of the backdrop to the filings over the last two weeks.

I respectfully seek that no adverse rulings are made to prejudice our rights, until I respectfully have the opportunity to (as quickly as possible which I am doing) to complete the motion for excess pages showing good cause. I have also maintained the Court's deadline of January 18, 2022 without seeking any further extensions.

I also notice the Court that I respectfully disagree with all of Defendants' requests in ECF1467 to not allow a **ruling on the merits of this case**. This case covers numerous *first impression* areas of law, and is also a complex case, covering dozens of regulatory statutes, an intricate regime of bylaws, and covers wide ranging constitutional issues of law and challenging conflicts in Federal Rules and Statutes. (e.g. ECF145 Pg.16-23). **The Second Circuit has expressed a strong "preference for resolving disputes on the merits."** *New York v. Green,* 420 F.3d 99, 104 (2d Cir. 2005) (quoting *Powerserve Int'l, Inc. v. Lavi,* 239 F.3d 508, 514 (2d Cir. 2001)).

I am working as quickly as humanly possible (given the circumstances) to get the motion for excess pages filed, and apologize for the delay. It is with no disrespect to the Court.

Respectfully submitted,
//SSK//
Samantha Siva Kumaran
Individual Plaintiff