USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
SAMANTHA SIVA KUMARAN, et al., :
:
                              Plaintiffs, :    1:20-cv-3668-GHW
:
              -against- :    <u>ORDER</u>
:
NATIONAL FUTURES ASSOCIATION, LLC, et :
al., :
:
                            Defendants. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On January 25, 2022, the Court denied Plaintiff Kumaran's motion for sanctions. Dkt. No. 151. Accordingly, Defendants' motion to stay briefing for the motions for sanctions is denied as moot.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 149.

      SO ORDERED.

Dated: January 26, 2022  
New York, New York  
                                                  GREGORY H. WOODS  
                                           United States District Judge