JUDGE GREGORY H. WOODS
TELEPHONE CONFERENCE

DATE: 3/1/2022

DOCKET NO.: 1:20-cv-3668

CASE NAME: Kumaran v. National Futures Association

APPEARANCES

FOR PLAINTIFF(s):

Brian August, Esq., Attorney for Nefertiti Risk Capital Management, LLC

Samantha Siva Kumaran, *pro se*

FOR DEFENDANT(s):

Gregory M. Boyle, Jenner & Block LLP, for Defendants National Futures Association, Vilia Sutkus-Keila, and Nicole Wahls.

Daryl M. Schumacher and Martin Doyle, Kopecky Schumacher Rosenburg LLC, for Defendant Thomas R. Kadlec

UNCOMMON WORDS / CASE NAMES