```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :
SAMANTHA SIVA KUMARAN, et al.,         :
                                                              :
                                Plaintiffs,     :             1:20-cv-3871-GHW
                                                               :             1:20-cv-3668-GHW
                   -v -                                    :
                                                               :             <u>ORDER</u>
VISION FINANCIAL MARKETS, LLC, et al.,   :
                                                               :
                                      Defendant.     :
                                                               :
-------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       For the reasons stated on the record at the conference held on May 20, 2022, Joel MacMull's motion to withdraw, filed at Dkt. No. 141 in Case No. 20-cv-3873, is granted. The Clerk of Court is directed to terminate Joel MacMull from the list of active counsel in both Case No. 20-cv-3871 and 20-cv3668.

       SO ORDERED.

Dated: May 20, 2022
        New York, New York

                                                                                        _____
                                                                                           GREGORY H. WOODS
                                                                         United States District Judge