```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :
SAMANTHA SIVA KUMARAN, et al.,        :
                                                  :
                              Plaintiffs,      :           1:20-cv-3668-GHW
                                                  :
             -against-                     :           <u>ORDER</u>
                                                  :
NATIONAL FUTURES ASSOCIATION, LLC, et :
al.,                                                  :
                                                  :
                                Defendants.   :
                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       On April 1, 2022, the stay in this case was lifted upon the filing of a notice of appearance by David Solomon Kostus and Joel Geoffrey MacMull. *See* Dkt. Nos. 163–65. The Clerk of Court is directed to remove the stay from the docket.

       SO ORDERED.

Dated: May 26, 2022
New York, New York

                                                   _____
                                                         GREGORY H. WOODS
                                                    United States District Judge