IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SIVA KUMARAN,<br>　　　Et al<br>　　　　　*Plaintiffs,*<br><br>-against-<br><br>NATIONAL FUTURES ASSOCIATION, LLC<br>　　　Et al.,<br>　　　　　Defendants, | Case No: 1:20-CV-03668–GHW-SDA<br>Judge: Hon Gregory H. Woods<br>Magistrate Judge: Stewart D. Aaron<br><br>**REPLY MEMORANDUM<br>TO DEFENDANT KADLEC<br>OPPOSITION FOR FRCP 25(C)<br>MOTION** |

**REPLY MEMORDANDUM TO SUBSTITUTE SUCCESSOR IN INTEREST
AS NAMED PLAINITFF PURSUANT TO FRCP 25 (c)**

**AGAINST DEFENDANT KADLEC (ECF176)**

Plaintiff incorporates by reference all arguments raised in the Reply against Defendant ADMIS in related case 20-CV-3873 and also against Defendant NFA in this case 20-CV-3668. In the interest of efficiencies, no separate brief is filed.

## Conclusion

For the reasons stated therein, Plaintiff respectfully request that the Court grants its motion to be substituted or joined in its capacity as Successor-In-Interest to NRCM, or in the alternative grants it motion and issue an Order from the Court, that Plaintiff Kumaran may be joined as a party in her capacity of as sole successor-in-interest to also advocate the interests of NRCM and thus appear alongside counsel, so that both Kumaran and counsel may advocate for NRCM and the dissolved LLC's interests.

Respectfully submitted,

//SSK//

Samantha S. Kumaran

Individual Plaintiff