```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
SAMANTHA SIVA KUMARAN, et al.,                                    :
                                                                  :
                                        Plaintiffs,               :      1:20-cv-3668-GHW
                                                                  :
                         -against-                                :           ORDER
                                                                  :
NATIONAL FUTURES ASSOCIATION, LLC, et                             :
al.,                                                              :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2022

GREGORY H. WOODS, District Judge:

On June 9, 2022, Ms. Kumaran filed a motion requesting various relief from the Court. Dkt. No. 192. Ms. Kumaran's request for extension of time to file a motion under Local Rule 6.3 regarding the Court's June 2, 2022 memorandum opinion and order is granted. The deadline for Ms. Kumaran to file a motion under Local Rule 6.3 regarding the Court's June 2, 2022 memorandum opinion and order is June 30, 2022. Ms. Kumaran's request to stay the time period to file an amended complaint pending the resolution of Ms. Kumaran's anticipated motion under Local Rule 6.3 is granted. Plaintiffs' amended complaint is due no later than twenty-eight (28) days following the Court's order resolving Ms. Kumaran's anticipated motion. Ms. Kumaran's request for an extension of time to file a motion under Local Rule 6.3 regarding the Court's June 8, 2022 order at Dkt. No. 190 is denied. As stated on the record in the conference held on June 10, 2022, the Court's prior orders do not limit Ms. Kumaran's ability to file submissions to the Court on her own behalf, or require Ms. Kumaran to obtain counsel to represent her.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 192.

SO ORDERED.

Dated: June 11, 2022
New York, New York

GREGORY H. WOODS
United States District Judge