USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
         :
SAMANTHA SIVA KUMARAN, et al.,   :
         :
                      Plaintiffs,   :        1:20-cv-3668-GHW
         :
            -against-      :        <u>ORDER</u>
         :
NATIONAL FUTURES ASSOCIATION, LLC, et :
al.,         :
         :
                    Defendants.   :
         :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      In addition to the other topics previously identified, the Court intends to address Ms. Kumaran's motion regarding her concerns with Mr. Kostus's representation, Dkt. No. 194, at the conference scheduled for June 17, 2022 at 4:00 p.m.

      SO ORDERED.

Dated:  June 13, 2022  
New York, New York

                                          GREGORY H. WOODS  
                                          United States District Judge