# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran

Nefertiti Risk Capital Management, LLC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 3668 (GHW)(SDA)

-against-

**NOTICE OF APPEAL**

National Futures Association,

Nicole Wahls, Villa Kiela-Sutkus

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Nefertiti Risk Capital Management, LLC

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment  [X] order  entered on: June 02, 2022

(date that judgment or order was entered on docket)

that: granted Defendants Motion to Dismiss and did not grant leave to amend in abuse of discretion.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| June 15, 2022 | //s//DSKostus |
| Dated | Signature* |
| Kostus, David Esq | |
| Name (Last, First, MI) | |
| 138 Norwoord Avenue    Lodi    NJ    07644 | |
| Address    City    State    Zip Code | |
| 917-664-1407 | dskostus@gmail.com |
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13