USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                    :
SAMANTHA SIVA KUMARAN, et al.,    :
                    :
               Plaintiffs,    :     1:20-cv-3668-GHW
                    :
            -against-          :     <u>ORDER</u>
                    :
NATIONAL FUTURES ASSOCIATION, LLC, et :
al.,                            :
               Defendants.  :
                    :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On June 18, 2022 the Court stayed this case through July 18, 2022 to allow Nefertiti Risk Capital Management, LLC ("NRCM") to search for and retain replacement counsel. Dkt. No. 210. Counsel entered a notice of appearance for NRCM on July 18, 2022. Dkt. No. 214. As of July 19, 2022, the stay in this case has lifted.

      The Clerk of Court is directed to remove the notice of stay from the docket.

      SO ORDERED.

Dated: July 19, 2022
New York, New York

                                                GREGORY H. WOODS
                                           United States District Judge