# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SILVA KUMARAN, *et al.*,    )<br>        Plaintiffs/Petitioners,    )<br>                                     )<br>v.                                   )<br>                                     )<br>NATIONAL FUTURES ASSOCIATION,        )<br>*et al.*,                            )<br>        Defendants.                  ) | Case No. 1:20-cv-03668-GHW |

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to approval of the Court, Zachary C. Schauf respectfully requests that this Court withdraw his appearance as counsel for Defendants National Futures Association et al. in this matter. As of November 11, 2022, Mr. Schauf will no longer be affiliated with the law firm of Jenner & Block LLP. Defendants National Futures Association et al. will continue to be represented by other counsel from Jenner & Block LLP.

November 11, 2022

/s/ Zachary C. Schauf
Zachary C. Schauf
JENNER & BLOCK, LLP
1099 New York Avenue NW
Washington, DC 20001
(202) 637-6379
ZSchauf@jenner.com

SO ORDERED:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SILVA KUMARAN, *et al.*,   )<br>        Plaintiffs/Petitioners,   )<br>                                          )<br>v.                                     )<br>                                          )<br>NATIONAL FUTURES ASSOCIATION,   )<br>*et al.*,                              )<br>        Defendants.              ) | Case No. 1:20-cv-03668-GHW |

## **DECLARATION OF ZACHARY C. SCHAUF**

I, Zachary C. Schauf, declare and state as follows:

1. I am currently a partner of Jenner & Block LLP ("Jenner & Block"), an international law firm with its principal offices at 1099 New York Ave. NW, Suite 900, Washington, DC 20001, and counsel for Defendants National Futures Association et al. in this matter.

2. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Defendants because I am departing Jenner & Block LLP.

3. My colleague Gregory M. Boyle of Jenner & Block will continue to represent Defendants in this proceeding.

4. My withdrawal will not delay the matter or prejudice any party.

5. I am not retaining a charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

November 11, 2022

/s/ Zachary C. Schauf
Zachary C. Schauf
JENNER & BLOCK, LLP
1099 New York Avenue NW
Washington, DC 20001
(202) 637-6379
ZSchauf@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November 2022, I served via the court's ECF filing system, the foregoing Notice and [Proposed] Order for Withdrawal as Counsel on all counsel of record.

/s/ Zachary C. Schauf
Zachary C. Schauf
