```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran, et al.,

                              Plaintiffs,

-against-

National Futures Association, et al.

                              Defendants.

1:20-cv-03668 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby Ordered that Plaintiffs shall respond to Defendant Kadlec's motion to strike (ECF No. 266) no later than June 29, 2023. Defendant Kadlec shall file any reply no later than July 7, 2023. The deadline for Defendant Kadlec to respond to Plaintiff's Second Amended Complaint is adjourned *sine die* pending the Court's determination of the motion to strike.

**SO ORDERED.**

Dated:       New York, New York
              June 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge