UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SIVE KUMARAN, NEFERTITI RISK CAPITAL MANAGEMENT, LCC,<br><br>    Plaintiffs,<br><br> v.<br><br>NATIONAL FUTURES ASSOCIATION, LLC, NICOKE WAHLS, VILIA SUTKUS KIELA, and THOMAS R. KADLEC,<br><br>    Defendants. | Civil Action No. 1:20-cv-03668<br>Related Case: 1:20-cv-03873<br>Related Case: 1:20-cv-03871 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

             **KLEINMAN GINZBERG, LLP**
             Randy E. Kleinman, Esq.
             One Country Road, Suite 320
             Carle Place, New York 11514
             (516) 951-0955

             *Attorneys for Nefertiti Risk Capital Management, LLC*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Nefertiti Risk Capital Management, LLC, and their counsel, hereby give notice that the Second Amended Complaint [Docket Nos. 264 and 265] is voluntarily dismissed, without prejudice, against the Defendant, Thomas R. Kadlec.

**KLEINMAN GINZBERG LLP**

By: /s/ *Randy E. Kleinman*
Randy E. Kleinman
One Country Road, Suite 320
Carle Place, New York 11514
(516) 951-0955
rkleinman@kg-llp.com

*Attorneys for Nefertiti Risk Capital Management, LLC*