```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran, et al.,

                             Plaintiffs,

-against-

National Futures Association, et al.

                             Defendants.

1:20-cv-03668 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on October 24, 2023, the Court granted Plaintiff Kumaran's Letter Motion to temporarily seal certain appendices to the motion for a preliminary injunction and gave Defendants until November 7, 2023 to show cause why the seal should not be removed (Order, ECF No. 312); and

WHEREAS, Defendants have not responded to the Court's October 24, 2023 Order.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall unseal the documents filed at ECF No. 295.

**SO ORDERED.**

Dated:       New York, New York
              November 9, 2023

_____
STEWART D. AARON
United States Magistrate Judge