# KG
## KLEINMAN GINZBERG LLP

ONE OLD COUNTRY ROAD, SUITE 320
CARLE PLACE, NEW YORK 11514
TEL: (516) 951-0955
WWW.KLEINMANGINZBERG.COM

December 6, 2023

**VIA CM/ECF & EMAIL**
The Honorable Gregory Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 12 C
New York, New York 10007-1312

    Re: *Kumaran et al. v. ADM Investor Services et al.*, Case No. 1:20-cv-03668
        *Kumaran et al. v. National Futures Association*, Case No. 1:20-cv-03873
        *Kumaran et al. v. Vision Financial Markets et al.*, Case No. 1:20-cv-03871

Dear Judge Woods:

    As you know, our firm represents Plaintiffs Nefertiti Risk Capital Management, LLC ("NRCM"), Nefertiti Asset Management, LLC ("NAM"), and Nefertiti Holding Corporation ("NHC") (collectively, the "Nefertiti Entities" or "Corporate Plaintiffs") in each of the above-referenced related matters (the "Cases").

    Pursuant to Your Honor's Individual Rules of Practice in Civil Cases Rule 1(E), I write to respectfully request an extension to file the Corporation Plaintiffs' Reply to Defendants' Memorandum of Law In Response To Plaintiffs' Objections To Order Denying Plaintiffs' Motions to Transfer Venue [Docket No. 334] and Defendants' Response to Plaintiffs' Objections To The Order Denying Plaintiffs' Motions To Transfer Venue [Docket No. 335], respectively, until after our firm's Motion Seeking Leave to Withdraw as Counsel ("MTW") [Docket No. 302] has been fully resolved. This is Corporate Plaintiffs' second request for an extension related to this filing sequence [Docket No. 292], and, given the pending MTW, we believe it prudent and necessary to seek an additional extension. Counsel for Defendant ADM Investor Services, Inc. and Mr. Kadlec does not object to this request; Counsel for Defendant National Futures Association does not object; and Ms. Kumaran objects to this request.

    Accordingly, Corporate Plaintiffs respectfully seek an extension to file their Reply to Defendants' Memorandum of Law In Response To Plaintiffs' Objections To Order Denying Plaintiffs' Motions to Transfer Venue and Defendants' Response to Plaintiffs' Objections To The Order Denying Plaintiffs' Motions To Transfer Venue, respectively, until after the MTW has been fully resolved.

Respectfully submitted,

*/s/ Randy E. Kleinman*
Randy E. Kleinman

For the Firm