**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023

| | |
|---|---|
| **Samantha Siva Kumaran, et al.,** | |
| **Plaintiffs,** | **1:20-cv-03668 (GHW) (SDA)** |
| **-against-** | |
| **National Futures Association, et al.** | |
| **Defendants.** | |

| | |
|---|---|
| **Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,** | |
| **Plaintiffs,** | **1:20-cv-03873 (GHW) (SDA)** |
| **-against-** | |
| **ADM Investor Services, Inc.,** | **ORDER** |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Presently before the Court are motions by counsel for the corporate plaintiffs (the "Nefertiti Plaintiffs"),[1] Randy Kleinman, ("Attorney Kleinman"), to withdraw as counsel in each of the above-captioned cases. (Mot. to Withdraw, 20-CV-03668 ECF No. 302, 20-CV-03873 ECF No. 219.)

Plaintiff Samantha Siva Kumaran ("Plaintiff Kumaran"), the client representative of the Nefertiti Plaintiffs, does not oppose Attorney Kleinman's withdrawal, but has cross-moved for sanctions and requests that the Court retain jurisdiction over Attorney Kleinman for purposes of

---

[1] Plaintiff Nefertiti Risk Capital Management, LLC ("NRCM") is the only corporate plaintiff in 20-CV-03668. Attorney Kleinman has appeared on behalf of NRCM, Nefertiti Asset Management, LLC and Nefertiti Holding Corporation in 20-CV-03873.

that motion. (*See* Pl. Kumaran's Response, 20-CV-03668 ECF No. 340, 20-CV-03873 ECF No. 256;

Cross-Mot. for Sanctions, 20-CV-03668 ECF No. 341; 20-CV-03873 ECF No. 257.) In any event, it

is clear from the parties' submissions that there are irreconcilable differences between Attorney

Kleinman and his client. Accordingly, it is hereby Ordered that the motions to withdraw are

GRANTED.

The Court will give the Nefertiti Plaintiffs thirty days to secure new counsel. The Nefertiti

Plaintiffs are reminded that corporate entities must appear before the Court through counsel

and, if no attorney enters an appearance on behalf of the Nefertiti Plaintiffs by January 18, 2024,

the Court may dismiss their claims for failure to prosecute. (*See, e.g.*, 3/2/22 Order, 20-CV-03668

ECF No. 163 (citing cases).) The Clerk of Court is respectfully requested to terminate Attorney

Kleinman from the list of active counsel in both Case No. 20-cv-03668 and 20-cv-03873.[2]

The Court retains jurisdiction over Attorney Kleinman for purposes of the cross-motion

for sanctions. The Court will enter a separate Order regarding next steps on such motion as well

as Plaintiff Kumaran's related motion to compel. (*See* Mot. to Compel, 20-CV-3668 ECF No. 337,

20-CV-03873 ECF No. 253.)

**SO ORDERED.**

Dated:       New York, New York
             December 19, 2023

_____
STEWART D. AARON
United States Magistrate Judge

---

[2] The Court notes that Attorney Kleinman has retained counsel and appeared as a non-party in these actions.