```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
SAMANTHA SIVA KUMARAN, et al.,                                   :
                                                                 :
                                        Plaintiffs,              :         ORDER
                                                                 :
                    -v –                                         :         1:20-cv-3668-GHW
                                                                 :
NATIONAL FUTURES ASSOCIATION, et al.,                            :
                                                                 :
                                        Defendants.              :
---------------------------------------------------------------- X
---------------------------------------------------------------- X
                                                                 :
SAMANTHA SIVA KUMARAN, et al.,                                   :
                                                                 :
                                        Plaintiffs,              :
                                                                 :
                    -v –                                         :         1:20-cv-3873-GHW
                                                                 :
ADM INVESTOR SERVICES, INC.,                                     :
                                                                 :
                                        Defendant.               :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023

GREGORY H. WOODS, United States District Judge:

On December 6, 2023, counsel for Plaintiffs Nefertiti Risk Capital Management, LLC ("NRCM"), Nefertiti Asset Management, LLC ("NAM"), and Nefertiti Holding Corporation ("NHC") (collectively, the "Corporate Plaintiffs") requested an extension of the deadline to respond to Defendants' responses to Plaintiffs' objections to the denial of Plaintiffs' motion to transfer venue. Dkt. No. 336.[1] Counsel requested that the Court extend the deadline until after the resolution of counsel's motion to withdraw at Dkt. No. 302. The Court granted the extension request and extended the deadline until one week after the resolution of the motion to withdraw. Dkt. No. 338.

On December 19, 2023, Judge Stewart Aaron granted counsel's motion to withdraw as

---

[1] All ECF references are to 1:23-cv-3668, though all documents were filed on both dockets.

counsel from both actions and granted the Corporate Plaintiffs 30 days to retain new counsel. Dkt. No. 348. As a result, the Court extends the deadline for the Corporate Plaintiffs to respond to Defendants' responses to Plaintiffs' objections to the denial of Plaintiffs' motion to transfer venue until January 24, 2024.

    SO ORDERED.

Dated: December 20, 2023
       New York, New York

                                              GREGORY H. WOODS
                                          United States District Judge