**MEMORANDUM ENDORSED**
Page 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2023

**December 20, 2023**

<u>VIA ECF/EMAIL</u>

Honorable Judge Gregory Woods
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

    Re:    *Kumaran et al vs. National Futures Association et al* 20-CV-3668-GHW-SDA

## <u>LETTER MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO JUDGE AARON'S REPORT AND RECOMMENDATIONS</u>

Dear Hon Judge Gregory Woods,

I am respectfully writing related to the Order that came out today December 20, 2023 that required objections to be filed on or before January 3, 2024 and yet postponed NRCM's objections until after counsel appears on January 18, 2024.

Because NRCM and Kumaran, as it stand right now, currently must file a "combined" complaint, and until new counsel is retained, I respectfully seek also an extension so that I may confer with new counsel before filing objections to this R&R. Also, since the combined complaint requires us to confer, it would be meaningless to file objections regarding just my portion, that may conflict with later objections that NRCM may file.

Moreover, as I have always respectfully, stated under 28 USC §1654 I should be able to file and plead my own complaint. If the Court is allowing me to file my own complaint without counsel, then I seek clarification that I am filing separately. I also intend to file a motion to add the respective state law claims. Accordingly, I respectfully request the same extension, that both NRCM and myself file our objections at the same date so that if we have had a chance to confer, and also to discuss the mechanics of filing a "combined" complaint so that our positions on any objections have at least been discussed prior to.

In addition, I also respectfully seek an extension (in any event) because I am travelling out of the country to visit family in the UK between December 28 and January 10 due to their health situation and it would be extremely difficult to attend to this filing, as well as seek new counsel at the same time while being overseas.

I will be back in the office on January 11, 2024. Accordingly, I respectfully seek the same extension or due date in the objecting to the R&R so that both my objections and NRCM's objections are scheduled from 14 days (or as determined by the Court) after counsel are appointed so if there is an issue regarding filing a "combined" complaint it can be properly discussed with counsel.

I wish the Court a happy holidays.

Since I am travelling in the UK, as was the case with the NFA Zoom, while I do expect to have some internet, I cannot guarantee that at all times, I will have perfect internet access. That is another reason, I respectfully request an extension, that any objections are not due until after January 18, 2024 and when counsel are also appointed and I am back in the US.

I do alert the Court that I will be spending time in the hospital in the UK (where internet access is also limited) and there is a family health situation requiring my travel. Any understanding is also appreciated.

Thank you.

Respectfully submitted,

/s/ Samantha S Kumaran
Individual Plaintiff
212-431-5098
samantha@timetricsrisk.com
December 20, 2023

Application granted. The deadline for Plaintiff Kumaran to submit objections to the order granting Defendant Kadlec's motion to strike is extended to January 31, 2024. Due to the withdrawal of Plaintiff NRCM's counsel, the Court extends *sua sponte* the deadline for Plaintiff NRCM to submit its objections to that order to January 31, 2024 as well. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 352.

SO ORDERED.

Dated: December 21, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge