# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/2024

**PIERCE & KWOK LLP**
ATTORNEYS AT LAW

AARON H. PIERCE ^    FRANK L. KWOK +    ADRIAN DE LEON*    MATTHEW C. HEERDE †

299 BROADWAY. STE. 1405, NEW YORK, NY 10007
O: 212.882.1752, F: 212.882.1742
WWW.PIERCEKWOK.COM

March 14, 2024

TO: Hon. Gregory H. Woods
United States District Court
Southern District of New York (Foley Square)
Index Number: 1:20-cv-03668-GHW-SDA

**Re:    Adjournment Request in Kumaran et al v. National Futures Association et al (Index No.: 1:20-cv-03668-GHW-SDA) for Telephone Conference Scheduled for 3/18/24**

Dear Hon. Gregory H. Woods,

    We are writing to respectfully request an adjournment of the telephone conference that is currently scheduled for 3/18/24 at 4:00 PM in the case of Kumaran et al v. National Futures Association et al (Docket No.: 1:20-cv-03668-GHW-SDA). This is the first request for adjournment of this conference.

    The reason for this request is that I am out of the country and unavailable to attend the conference on the date and time selected given the time difference in my location.

    *I have communicated with the opposing party, and one has consented and one has stated that they do not have a position in this matter either way.*

    We request that the adjournment be granted, and we propose that the conference be rescheduled for April 1, 2024, or any date thereafter that is convenient for the court.

    Thank you for your consideration.

*Sincerely,*

/A.H. Pierce/

Aaron H. Pierce Esq.
Pierce & Kwok LLP
299 Broadway Suite 1405
New York, NY 10007
(212)-882-1752
*Attorney(s) for Defendants*

**By:**

**Gregory M Boyle**
Jenner & Block LLP (Chicago)
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
Fax: (312) 840-7651
Email: gboyle@jenner.com

**Daryl Schumacher**
Kopecky Schumacher Rosenburg LLC
120 N. Lasalle St.
Suite 2000
Chicago, IL 60602
312-380-6556
Email: dschumacher@ksrlaw.com

**Martin Doyle**
Kopecky Schumacher Rosenburg LLC
120 N. Lasalle St.
Suite 2000
Chicago, IL 60602
312-380-6633
Email: mdoyle@ksrlaw.com

Application granted. The conference is adjourned to April 4, 2024 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 379.

SO ORDERED.

Dated: March 14, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge