UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:   3/28/2024
```

Samantha Siva Kumaran et al.,

                              Plaintiffs,

          -against-

National Futures Association et al.,

                              Defendants.

1:20-cv-03668 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the deadline for Plaintiff Kumaran to file her opposition to Defendant Kadlec's motion for sanctions is extended until April 1, 2024. Defendant Kadlec shall file any reply no later than April 8, 2024.

**SO ORDERED.**

Dated:        New York, New York
              March 28, 2024

_____
STEWART D. AARON
United States Magistrate Judge