**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__3/29/2024__
```

Samantha Siva Kumaran, et al.,

                                    Plaintiffs,

            -against-

National Futures Association, et al.

                                    Defendants.

**1:20-cv-03668 (GHW) (SDA)**

Samantha Siva Kumaran and Nefertiti Risk
Capital Management, LLC,

                                    Plaintiffs,

            -against-

ADM Investor Services, Inc.,

                                    Defendant.

**1:20-cv-03873 (GHW) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

        Although today is not a legal holiday (*see* 3/29/24 Order, 20-CV-03668 ECF No. 390), it is

hereby Ordered that the deadline for NRCM to file, in this Court, any renewed motion to compel

and/or motion for sanctions against its former counsel, Randy Kleinman, is extended until April

1, 2024.

**SO ORDERED.**

Dated:        New York, New York
              March 29, 2024

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge