```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran et al.,

        Plaintiffs,

-against-

National Futures Association et al.,

        Defendants.

1:20-cv-03668 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties and non-party Randy Kleinman ("Attorney Kleinman"), and for the reasons stated on the record, it is hereby Ordered that the motion for reconsideration by Plaintiff Nefertiti Risk Capital Management, LLC ("NRCM") (ECF No. 415) is GRANTED IN PART and DENIED IN PART. The motion is granted, pursuant to Federal Rule of Civil Procedure 60(a), to the limited extent of fixing a clerical error, on the sixth line of the second paragraph of page three of the Court's April 18, 2024 Order, in which the Court referred to NRCM instead of Attorney Kleinman. In all other respects, Plaintiff NRCM's motion is denied.

**SO ORDERED.**

Dated:     New York, New York
            June 17, 2024

_____
STEWART D. AARON
United States Magistrate Judge