USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Siva Kumaran, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> National Futures Association, et al. <br><br> Defendants. | 1:20-cv-03668 (GHW) (SDA) |
| Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> ADM Investor Services, Inc., <br><br> Defendant. | 1:20-cv-03873 (GHW) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Plaintiff Nefertiti Risk Capital Management, LLC shall respond to Attorney Kleinman's June 20, 2024 Letter (20-CV-03668 ECF No. 427; 20-CV-03873 No. 303) no later than Thursday, June 27, 2024. Attorney Kleinman shall file any reply no later than Monday, July 1, 2024.

**SO ORDERED.**

Dated:     New York, New York
           June 20, 2024

_____
STEWART D. AARON
United States Magistrate Judge