```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                 :
SAMANTHA KUMARAN, *et al.*,           :
                                                 :
                                   Plaintiffs,   :                1:20-cv-3668-GHW
                                                 :
                           -v-                              :                    <u>ORDER</u>
                                                 :
TOM KADLEC, *et al.*,                      :
                                                 :
                                   Defendants.  :
                                                 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On July 9, 2024, the Court issued an order granting Defendant Tom Kadlec's motion to strike Plaintiffs' complaint and dismissing Plaintiffs' claims without prejudice. Dkt. No. 438. The Court granted Plaintiffs leave to amend the complaint within 30 days. *Id.* at 7. As of the date of this order, Plaintiffs have not filed an amended complaint. Accordingly, Plaintiffs' claims are dismissed with prejudice.

       The Clerk of Court is directed to enter judgment for Defendants and close this case.

       SO ORDERED.

Dated: August 9, 2024
           New York, New York

                                                                   _____
                                                                         GREGORY H. WOODS
                                                                   United States District Judge