UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA KUMARAN, et al.,

                Plaintiffs,

-against-                              20 **CIVIL** 3668 (GHW)

## **JUDGMENT**

TOM KADLEC, et al.,

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 9, 2024, the Court issued an order on July 9, 2024 granting Defendant Tom Kadlec's motion to strike Plaintiffs' complaint and dismissing Plaintiffs' claims without prejudice. Dkt. No. 438. The Court granted Plaintiffs leave to amend the complaint within 30 days. Id. at 7. As of the date of the order, Plaintiffs have not filed an amended complaint. Plaintiffs' claims are dismissed with prejudice and judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       August 12, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**
                               **BY:**       *K. Mango*
                                                               **Deputy Clerk**