UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran, et al.,

                         Plaintiffs,

-against-

National Futures Association, et al.

                         Defendants.

1:20-cv-03668 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On January 15, 2025, *pro se* Plaintiff Kumaran filed under seal a document on the ECF docket titled "LETTER addressed to Magistrate Judge Stewart D. Aaron from Samantha S. Kumaran dated January 15, 2025 re: ATTORNEY CLIENT CONFIDENTIAL." (Letter, ECF No. 453.) This unauthorized letter is an improper *ex parte* communication with the Court. Accordingly, the Clerk of Court is respectfully requested to strike it from the ECF docket.

SO ORDERED.

Dated:      New York, New York
             January 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge