```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Siva Kumaran, et al.,<br><br>       Plaintiffs,<br><br>-against-<br><br>National Futures Association, et al.<br><br>       Defendants. | 1:20-cv-03668 (GHW) (SDA) |
| Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,<br><br>       Plaintiffs,<br><br>-against-<br><br>ADM Investor Services, Inc.,<br><br>       Defendant. | 1:20-cv-03873 (GHW) (SDA)<br><br>**<u>ORDER</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

  Before the Court are motions by Aaron Pierce ("Attorney Pierce") to withdraw as counsel for Nefertiti Risk Capital Management, LLC ("NRCM") in these two related actions. (*See* Motions to Withdraw, 20-CV-03668 ECF No. 457; 20-CV-03873 ECF No. 331.)

  It is hereby Ordered that, no later than February 5, 2025, Ms. Kumaran, as the client representative of NRCM, shall respond to the motions by Attorney Pierce to withdraw as counsel for NRCM. Attorney Pierce shall file any reply no later than February 12, 2025.

  Ms. Kumaran's request to seal any further information about the fee dispute (*see* Letter Motion, 20-CV-03873 ECF No. 332) is DENIED WITHOUT PREJUDICE. The parties must comply with Section III(E) of the Court's Individual Practices regarding sealing, which require, *inter alia*,

parties to file under seal an unredacted copy of the document(s) they seek to seal at the time the

request to seal is filed.

**SO ORDERED.**

Dated:   New York, New York
         January 22, 2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge