

AARON H. PIERCE ^   FRANK L. KWOK +   KARR WASHINGTON *   MATTHEW C. HEERDE †

299 BROADWAY. STE. 1405, NEW YORK, NY 10007
O: 212.882.1752, F: 212.882.1742
WWW.PIERCEKWOK.COM

<u>VIA ECF/EMAIL</u>
Honorable Judge Gregory Woods
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/1/2025
```

**MEMORANDUM ENDORSED**

*Re: Kumaran et al vs. National Futures Association et al 20-CV-3668-GHW-SDA*

**RE: LETTER REQUESTING STAY**

Dear Hon. Judge Woods,

    I, Aaron H. Pierce of the firm Pierce & Kwok LLP, who represent Plaintiff Nefertiti Risk Capital Management, LLC ("NRCM") in the above-captioned matter(s). In light of my recent motion to be relieved as counsel, and in the abundance of caution and concern for my client, please accept this letter motion requesting that the case be stayed until my motion is adjudicated. I wish to reiterate again that, besides the issue of non-payment from the client for 6 months, I am currently unable to assist my client in their matters due to my continued, protracted recovery from serious and significant spinal surgery. I remain on a necessary but broad medley of potent medicines including but not limited to valium, celebrex, lyrica and percocet. There is no other attorney at my firm that can take over the client's matter and I am in no condition to assist in prosecuting the client's matters.

*ADMITTED IN NY & NJ   + ADMITTED IN NY   † ADMITTED IN NY & CA   ^ADMITTED IN NY, NJ & DC   1

Consequently, I request that the case be stayed until my motion is adjudicated and the client is able to acquire new counsel.

I very much appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/Aaron H. Pierce, Esq*
Aaron H. Pierce, Esq
Pierce and Kwok, LLP
*Attorney for NRCM*
299 Broadway, Suite 1405
New York, NY 10007
212-882-1752 (Office)
Aaron.Pierce@piercekwok.com

The Court stayed this case on January 17, 2025, Dkt. No. 456, and has not since lifted the stay. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 460.

SO ORDERED.

Dated: February 1, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*ADMITTED IN NY & NJ    + ADMITTED IN NY    † ADMITTED IN NY & CA    ^ADMITTED IN NY, NJ & DC    2