```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Samantha Siva Kumaran, et al.,<br><br>       Plaintiffs,<br><br>-against-<br><br>National Futures Association, et al.<br><br>       Defendants. | 1:20-cv-03668 (GHW) (SDA) |
| Samantha Siva Kumaran and Nefertiti Risk Capital Management, LLC,<br><br>       Plaintiffs,<br><br>-against-<br><br>ADM Investor Services, Inc.,<br><br>       Defendant. | 1:20-cv-03873 (GHW) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  Before the Court are motions by Aaron Pierce ("Attorney Pierce") to withdraw as counsel for Nefertiti Risk Capital Management, LLC ("NRCM") in these two related actions. (*See* Motions to Withdraw, 20-CV-03668 ECF No. 457; 20-CV-03873 ECF No. 331.) Also before the Court are a motion by Plaintiff Samantha Siva Kumaran ("Kumaran"), as client representative of NRCM, to seal her declaration and exhibits filed in opposition to Attorney Pierce's motions to withdraw. (Motion to Seal, 20-CV-03668 ECF No. 464) and a motion by Attorney Pierce, filed in 20-cv-03873, to stay pending resolution of his motion to withdraw. (Motion to Stay, 20-CV-03873 ECF No. 334.)

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. Attorney Pierce's motions to withdraw (20-CV-03668 ECF No. 457; 20-CV-03873 ECF No. 331) are GRANTED effective Friday, April 4, 2025, subject to his filing the anticipated notice of appeal in 20-CV-03873 by that date.

2. Kumaran's motion to seal 20-CV-03668 ECF No. 464) is GRANTED.

3. Attorney Pierce's motion to stay (20-CV-03873 ECF No. 334) is DENIED AS MOOT.

4. The 20-CV-03873 action is STAYED until May 5, 2025 to allow time for NRCM to obtain new counsel. NRCM shall appear by new counsel no later than May 5, 2025.

5. The 20-CV-03668 action currently is stayed. NRCM shall appear by new counsel in 20-CV-03668 no later than 14 days after the stay is lifted.

**SO ORDERED.**

Dated:    New York, New York
          April 3, 2025

_____
STEWART D. AARON
United States Magistrate Judge